USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMIE SHILLER, BRIAN KORNRUMPF, HALSEY RICHARTZ, AMNON MELZER, RYAN TREAT, GEOFF FRINK, JEREMY GRAINGER, RANDY CORAN, BRIAN DUBS, GUY ZILBER, CURTIS HALE, DIRK WEILER-THELEMANN, AND DARRELL SMITH,

Plaintiffs,

-against-

CHAD BARRAFORD, JOHN-PAUL THORBJORNSEN, AND THORCHAIN,

Defendants.

1:25-cv-10287-MKV

ORDER TO SHOW CAUSE

---

MARY KAY VYSKOCIL, United States District Judge:

This action was filed on December 12, 2025. [ECF No. 23 ("Compl.")]. Plaintiffs assert that this Court has subject matter jurisdiction to hear this matter under 28 U.S.C. § 1332(a) because the parties are completely diverse from one another and the matter in controversy exceeds $75,000. Compl. ¶ 35. The Complaint, however, does not state the citizenship of the members of Defendant THORChain, which the Complaint describes as "an unincorporated association" whose "membership includes approximately 100 validator node operators, core developers and governance participants." Compl. ¶¶ 33-34.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are directed to show cause **by January 19, 2026** why this case should not be dismissed for lack of subject matter jurisdiction. *See Matkal LLC v. VG Rush Corp.*, No. 18-CV-2833(SJF)(AKT), 2019 WL 1748601, at *4 (E.D.N.Y. Apr. 18, 2019) ("For diversity purposes, the citizenship of an unincorporated entity like plaintiff, *e.g.* a limited liability company, limited partnership, unincorporated association, etc., 'is determined by the citizenship of each of its members.'") (quoting *Carter v. HealthPort Techs., LLC*, 822 F.3d 47, 60 (2d Cir. 2016)).

**SO ORDERED.**

**Date: January 12, 2026**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**