**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMIE SHILLER, BRIAN KORNRUMPF, HALSEY RICHARTZ, AMNON MELZER, RYAN TREAT, GEOFF FRINK, JEREMY GRAINGER, RANDY CORAN, BRIAN DUBS, GUY ZILBER, CURTIS HALE, DIRK WEILER-THELEMANN, DARRELL SMITH, CHAD MIELKE, and ROBERT CHRISTIANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD BARRAFORD, JOHN-PAUL THORBJORNSEN, and THORCHAIN,<br><br>Defendants. | Civil Action No. 1:25-cv-10287-MKV<br><br><br><br>**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, Defendant Chad Barraford ("Barraford"), by his undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Mary Kay Vyskocil, on a date and time to be designated by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Second Amended Complaint of Plaintiffs Jamie Shiller et al. dated April 6, 2026 (ECF 49) with prejudice as to Defendant Barraford, and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Court's Order dated March 23, 2026 (ECF 47), Plaintiffs' response to the motion must be filed on or before June 3, 2026. Any reply must be filed on or before June 17, 2026.

DATED: April 20, 2026              Respectfully submitted,

**MCGOVERN WEEMS LLC**

By: /s/ *Alec Chiquoine*
    Alec Chiquoine (*Pro Hac Vice*)
    Leif T. Simonson
    William F. McGovern
    3 Columbus Circle, 15th Floor
    New York, NY 10019
    Tel.: (612) 550-6895
    alec@mcgovernweems.com
    leif@mcgovernweems.com
    bill@mcgovernweems.com

    *Attorneys for Defendant Chad Barraford*