**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMIE SHILLER, BRIAN KORNRUMPF, HALSEY RICHARTZ, AMNON MELZER, RYAN TREAT, GEOFF FRINK, JEREMY GRAINGER, RANDY CORAN, BRIAN DUBS, GUY ZILBER, CURTIS HALE, DIRK WEILER-THELEMANN, DARRELL SMITH, CHAD MIELKE, and ROBERT CHRISTIANSEN, <br><br> Plaintiffs, <br> v. <br><br> CHAD BARRAFORD, JOHN-PAUL THORBJORNSEN, and THORCHAIN, <br><br> Defendants. | Civil Action No. 1:25-cv-10287-MKV <br><br><br><br> **DECLARATION OF ALEXANDER "ALEC" CHIQUOINE IN SUPPORT OF DEFENDANT BARRAFORD'S MOTION TO DISMISS** |

I, Alexander "Alec" Chiquoine, affirm under the penalty of perjury:

1. I am an attorney admitted *pro hac vice* to practice in this case before this Court. I am an attorney at the law firm of McGovern Weems, LLC, and represent Defendant Chad Barraford ("Barraford") in this matter.

2. I make this declaration in support of Defendant Barraford's Motion to Dismiss. I have personal knowledge of the facts stated herein.

3. Attached hereto as "Exhibit A" is a true and correct copy of screenshots the internet archive captured of https://docs.thorchain.org/how-it-works/governance from October 17, 2023; https://docs.thorchain.org/how-it-works/constants-and-mimir from October 2, 2023; and https://docs.thorchain.org/thornodes/overview from March 14, 2023.

4. Attached hereto as "Exhibit B" is a true and correct copy of screenshots the internet archive captured of https://thorchain.org from February 27, 2023; https://thorchain.org from September 13, 2023; and https://thorchain.org/rune dated August 28, 2023.

5. Attached hereto as "Exhibit C" is a true and correct copy of the "Hammering THORChain: It's Totally Centralized With Hard-Coded Admin Keys," published online on September 4, 2024.

6. Attached hereto as "Exhibit D" is a true and correct copy of "Why You May Want To Redeem Your Bitcoin From THORChain's Lending Service," published online by Bitcoin Magazine on January 10, 2025.

7. Attached hereto as "Exhibit E" is a true and correct copy of "THORChain mainnet halted amid new vulnerability reports" published online on March 28, 2023.

8. Attached hereto as "Exhibit F" is a true and correct copy of "A Guide to Yield Farming's Risk and Rewards" published online by Kiplinger on November 18, 2022.

9. Attached hereto as "Exhibit G" is a true and correct copy of the transcript of a YouTube Q&A video that took place online on December 1, 2022, as that transcript was created and provided by the individual(s) who posted the video.

10. Attached hereto as "Exhibit H" is a true and correct copy of @CBarraford's Twitter/X statements dated April 7, 2023.

11. Attached hereto as "Exhibit I" is a true and correct copy of @CBarraford's Twitter/X statements dated May 17, 2022.

12. Attached hereto as "Exhibit J" is a true and correct copy of @CBarraford's Twitter/X statements dated December 18, 2022.

13.    Attached hereto as "Exhibit K" is a true and correct copy of a screenshot of the Telegram conversation between Chad Barraford and Plaintiff Jamie Shiller dated March 30, 2024.

DATED: April 20, 2026                    Respectfully submitted,


By: /s/ *Alec Chiquoine*
     Alec Chiquoine (Pro Hac Vice)