# EXHIBIT A

**The following screenshots can be viewed at:**
**https://web.archive.org/web/20231017115203/https:/docs.thorchain.org/how-it-works/governance (#1-2);**
**https://web.archive.org/web/20231002083408/https://docs.thorchain.org/how-it-works/constants-and-mimir (#3);**
**https://web.archive.org/web/20230314183149/https:/docs.thorchain.org/thornodes/overview#node-voting (#4).**

**They were collected on March 6, 2026.**

**Screenshots of internet archive capture of https://docs.thorchain.org/how-it-works/governance dated October 17, 2023.[1]**

## Governance

THORChain governance is deliberately minimal. It decides which chains and assets are listed, and when the protocol gets upgraded.

THORChain aims to have as little governance baked into the system as possible. This is done so that nodes don't communicate or learn who one another are. This is important for security because it makes sure that nodes don't act together to take control.

THORChain governance decides:

- which assets are listed/delisted
- which chains are listed/delisted
- when the protocol gets upgraded
- the economic limit – how many nodes can participate

## Mimir

Mimir is a feature to allow changes in the constants of the chain, such as MinimumBond, ChurnSpeed and more.

There are two types of `mimir`

- Node Mimir: set by each node. Once 2.3rds have set a mimir, it is enacted. Only active nodes have their votes counted
- Admin Mimir: set by admins to over-ride constants during testing. Admin-mimir can't control funds, but it can set parameters. Ultimately admin-mimir will be removed. Admin-mimr has a set exclusion list, values that cannot be updated by Admin, defined here.

---

[1] The October 17, 2023 archived webpage is accessible online at
https://web.archive.org/web/20231017115203/https://docs.thorchain.org/how-it-works/governance.

**Screenshots of internet archive capture of https://docs.thorchain.org/how-it-works/constants-and-mimir dated October 2, 2023.[2]**

## Constants and Mimir

Constants and Mimir Settings Defined.

### Overview

The network launched with a set number of constants, which has not changed. Constants can be overridden via Mimir and nodes have the ability to vote on and change Mimir values.

Mimir setting can be created and changed without a corresponding Constant.

### Values

- Constant Values: https://thornode.ninerealms.com/thorchain/constants
- Mimir Values: https://thornode.ninerealms.com/thorchain/mimir

**Screenshots of internet archive capture of https://docs.thorchain.org/thornodes/overview dated March 14, 2023.[3]**

## Node Voting

THORNodes have the ability to vote on Mimir settings.

Mimir settings have specific abilities. The process for voting from a node is:

```
Make mimir
=> Enter THORNode Mimir key: <key>
=> Enter THORNode Mimir value: <value>
```

1. Mimir keys and values are listed in the Mimir endpoint.
2. A node can vote at any time on any key value.
3. A node's vote is valid as long as they are active (and removed if they are not).
4. 2/3rds of active nodes need to agree for the change to happen
5. If 2/3rds consensus is not reached, Mimir admin takes priority, or a constant if present.
6. A node can change their vote anytime.
7. A node can delete their vote by using -1 value
8. Voting costs one native transaction fee, which is deducted from their bond.

---

[2] The October 2, 2023 archived webpage is accessible online at
https://web.archive.org/web/20231002083408/https:/docs.thorchain.org/how-it-works/constants-and-mimir.
[3] The March 14, 2023 archived webpage is accessible online at
https://web.archive.org/web/20230314183149/https:/docs.thorchain.org/thornodes/overview.