# EXHIBIT B

**The following screenshots can be viewed at:**
https://web.archive.org/web/20230227231231/https:/thorchain.org/ **(#1);**
https://web.archive.org/web/20230913000730/https:/thorchain.org/ **(#2);**
https://web.archive.org/web/20230828050839/https://thorchain.org/rune **(#3).**

**They were collected on April 17, 2026.**

**Screenshot of internet archive capture of https://thorchain.org dated February 27, 2023.[1]**



**Screenshot of internet archive capture of https://thorchain.org dated September 13, 2023.[2]**



---

[1] The February 27, 2023 archived webpage is accessible online at
https://web.archive.org/web/20230227231231/https:/thorchain.org/.
[2] The September 13, 2023 archived webpage is accessible online at
https://web.archive.org/web/20230913000730/https:/thorchain.org/.

**Screenshot of internet archive capture of https://thorchain.org/rune dated August 28, 2023.[3]**



---

[3] The August 28, 2023 archived webpage is accessible online at
https://web.archive.org/web/20230828050839/https:/thorchain.org/rune.