# EXHIBIT D

**The following article can be viewed at:**
https://bitcoinmagazine.com/takes/why-you-may-want-to-redeem-your-bitcoin-from-THORChains-lending-service.

**It was collected on March 5, 2026.**

# Why You May Want To Redeem Your Bitcoin From THORChain's Lending Service

**bitcoinmagazine.com**/takes/why-you-may-want-to-redeem-your-bitcoin-from-THORChains-lending-service

January 10, 2025

If I were a THORChain creditor, I'd withdraw my bitcoin collateral.

By [Frank Corva](#)



Two days ago, the atebites X account pointed out that [THORChain's lending service](#) currently has nowhere near enough bitcoin to repay its creditors.

As of the time of the post, the total amount of bitcoin to be repaid to depositors was 1,604, while the lending pool only had 592 bitcoin in it.

> We need to be raising awareness on just how bad of a shape Thorchain lending is right now, posing a potential risk to the protocol itself.
>
> As it stands, at current mark to market rates for RUNE, complete loan closure will mint 24 million RUNE.
>
> 1,604 in BTC collateral, 18,258… pic.twitter.com/OykZbMQCdx
>
> — atebites (@ate_bites) January 8, 2025

As Lava founder Shehzan Maredia explained in a post on X, when you borrow on THORChain, they sell the bitcoin you put up as collateral for their own token, RUNE. When you repay your loan, they sell the RUNE for bitcoin to give you back your collateral.

> I predicted the Thorchain collapse in 2023 when they launched their "lending" feature, and it's happening now. The lesson people never seem to learn: any system in crypto that can fail will fail.
>
> When you borrowed on Thorchain, they would sell your BTC collateral for their…
>
> — Shehzan (@MarediaShehzan) January 10, 2025

The actual mechanics of how this works are a bit more complex and are detailed on THORChain's website.

See screenshots from the website below:

# Lending Fundamentals

## Derived Assets and Pools

Derived assets, such as `thor.btc` and `thor.tor`, are algorithmic coins that are backed by the liquidity of RUNE, and the liquidity of that is based on the RUNE-ASSET pair. Derived assets are swapped from or swap to L1 assets, via RUNE, using derived asset pools that are based on the equivalent L1 pools. Unlike, Synthetic Assets, derived assets are independent of Liquidity Pools and all swap fees are burnt. Derived assets are for accounting and there are no plans for them to be exportable or held by users.

## TOR Explained

TOR ( `thor.tor` ) is a non-transferable unit of account within THORChain designed to match the value of $1 USD and has been in use since ADR 003. It cannot be exported anywhere and always has a market cap of $0. TOR is valued by taking the median price of the active USD pools.

All collateral, debt and repayments within Lending are converted to and accounted for in TOR. To understand TOR in depth, go to the dedicated TOR section.

## Open Loan Flow

The user provides Bitcoin collateral and can receive the debt in any asset however it is all accounted for in TOR.

1. The user sends in collateral (BTC.BTC -> RUNE, RUNE -> THOR.BTC)
2. THOR.BTC is held as collateral in the Lending module
3. Convert THOR.BTC value to TOR terms
4. Calculate debt in TOR based on CR and collateral TOR value
5. Mint TOR
6. TOR -> RUNE, RUNE -> L1 out (e.g. - ETH)

## Loan Repayment / CloseFlow

Users can repay loans at any time, with any amount in any asset. Repayment is converted into TOR.

1. L1 -> RUNE (optional, user can also pay back with RUNE)
2. RUNE -> Mint TOR
3. Burn TOR (amount deducted from loan debt)
4. Burn Derived Asset (THOR.BTC) (amount is the same percentage of collateral as a percentage of loan debt paid) -> Mint RUNE
5. RUNE -> BTC.BTC (loan originator)

The primary issue in this scenario is that half of the value borrowed in U.S. dollar denominations was borrowed when bitcoin traded at significantly lower prices than that at which bitcoin trades today, according to atebites.

This means that for THORChain to meet its current demands, it will need to mint upwards of 24 million RUNE (as of January 8). While this would only be about 8% of the circulating supply of RUNE, it would lead to a reduction in the price of the asset, which would give THORChain even less purchasing power as they try to buy bitcoin back on behalf of their creditors.

If traders were to start shorting RUNE on top of this, THORChain's ability to purchase the required amount of bitcoin to redeem its creditors would diminish even further.

This could lead to something akin to the Terra/Luna death spiral we saw in 2022.

With that said, prominent supporter of the project Erik Voorhees shared that THORChain's lending service is operating as it was intended to and that there is no foreseeable danger:

> Thorchain continues working as designed.
>
> Yes, loan redemptions cause downward pressure on RUNE price, but scale is not dangerous.
>
> If you're worried, just go pay off your loan.
>
> — Erik Voorhees (@ErikVoorhees) January 10, 2025

A core developer for THORChain that goes by the name Nine Realms on X also made the case that THORChain is resilient:

> 1/ Addressing Community Concerns
>
> There's been a lot of discussion recently about the state of the network and the outstanding lending protocol liability.
>
> Let's dive into the facts to shed light on what's really happening and why we remain confident in THORChain's resilience.
>
> — Nine Realms (@ninerealms_cap) January 10, 2025

With all of this said, if you're still feeling skittish about having lent THORChain your bitcoin as collateral for a loan, you might want to redeem it. If I were using the service, I would.

*This article is a Take. Opinions expressed are entirely the author's and do not necessarily reflect those of BTC Inc or Bitcoin Magazine.*