# EXHIBIT G

**The following transcript can be viewed at: https://pastebin.com/W5YKgsH4.**
**The accompanying YouTube video can be viewed at: https://youtu.be/fUug5MBQBhA?si=dS5377BDjuxogU6e.**

**The transcript is linked directly in the description box of the accompanying YouTube video.**
**The transcript copy was collected on April 16, 2026.**

[00:00.000 --> 00:05.240] how I threw together a video that was like an hour long that kind of goes into
[00:05.240 --> 00:08.160] some at least in a high level because it doesn't go into like the inner depths
[00:08.160 --> 00:11.880] too much and maybe we could do another video that goes into the inner depths
[00:11.880 --> 00:18.400] and more of the weeds in some sense but the high level video was quite enough
[00:18.400 --> 00:21.920] it was already an hour long and you know I don't think I could make it longer than
[00:21.920 --> 00:27.360] that without losing everybody. Grassridge Crypto also made a video this
[00:27.360 --> 00:32.360] morning that's available you guys can watch it's about 15 minutes long I've
[00:32.360 --> 00:36.480] seen part of it I haven't seen all of it myself I'm still trying to catch up but
[00:36.480 --> 00:41.400] people can watch that video as well as another kind of high-level kind of take
[00:41.400 --> 00:44.760] through about the lending design and how it all works and how it all is
[00:44.760 --> 00:51.180] structured. So instead of me coming in for another hour explaining things all
[00:51.180 --> 00:55.720] over again I figured I just opened up one of these events and people can ask
[00:55.720 --> 01:01.320] questions about the design and what happens when this happens what happens
[01:01.320 --> 01:07.360] when that happens and and kind of you know vocalize any concerns or any
[01:07.360 --> 01:11.480] comments or are these things we can just kind of discuss as a community as a
[01:11.480 --> 01:16.760] group about the pros and the cons and the benefits and the and the risks and
[01:16.760 --> 01:23.160] such because everything has risks right like you can't build a protocol at all
[01:23.160 --> 01:27.120] and anywhere doing anything that doesn't have some sort of potential
[01:27.120 --> 01:31.320] downside so you always have to know what the risks are and know what the
[01:31.320 --> 01:35.520] benefits are and just ask yourself does the benefits outweigh the risk. I think
[01:35.520 --> 01:40.480] in this particular case though I think the risks are relatively small at least
[01:40.480 --> 01:43.440] in my head that's true there's always protocol risk like there always could be
[01:43.440 --> 01:46.160] some sort of exploit that could exist from the code that's always gonna be
[01:46.160 --> 01:51.080] true no matter what you're building but on a more specific implementation kind
[01:51.080 --> 01:55.240] of like viewpoint the worst case scenario that I can see at least in my
[01:55.240 --> 02:00.440] mind at least for this time is that the we have about 15 million room that is
[02:00.440 --> 02:05.800] burnt today from the kill switch like people just didn't migrate their room
[02:05.800 --> 02:10.200] over from you know the Bep 2 room or ERC 20 root into native root and it's
[02:10.200 --> 02:14.920] about 15 million room just kind of waiting to be minted that will likely
[02:14.920 --> 02:19.360] never get minted and so we have this kind of 15 million room kind of like
[02:19.360 --> 02:23.840] buffer for lending protocol which is actually quite nice and so if lending
[02:23.840 --> 02:27.480] goes really poorly and we start minting a lot of room because of the lending
[02:27.480 --> 02:31.800] design then the worst case scenario is is that 15 million room that is currently
[02:31.800 --> 02:35.640] burned would get minted back into the network and we would be this and these
[02:35.640 --> 02:41.360] in the market cap of the token of the room token would be at the 500 million
[02:41.360 --> 02:45.600] number which has always been there I always actually originally I said actually
[02:45.600 --> 02:50.040] room was actually a billion tokens originally and then we did like we did
[02:50.040 --> 02:55.080] a massive token burn burn half the supply like two and a half years ago
[02:55.080 --> 03:02.120] something like this but anyways the the worst case scenario is we meant back
[03:02.120 --> 03:06.560] those that 15 million there was already an existence previous to the kill switch
[03:06.560 --> 03:11.600] and that's like to me that kind of worst case scenario at that point if you need
[03:11.600 --> 03:15.560] to be pretty more room to kind of close loans and just borrow it from the
[03:15.560 --> 03:20.960] reserve itself I'm not too worried about it like consuming the reserve just
[03:20.960 --> 03:26.920] because lending itself is a is a is a capped system and only so much you know
[03:26.920 --> 03:31.640] loans can really go out which is controlled by the causation ratio and so
[03:31.640 --> 03:35.080] the like and the causation ratio is controlled by like the size of the pool

[03:35.080 --> 03:41.480] and so like I don't I don't consider to be a great risk to the reserve and to be

[03:41.480 --> 03:46.440] honest more than likely like if lending is not working we'll learn about that

[03:46.440 --> 03:50.480] we'll probably know about that way before reading it close to burning that or

[03:50.480 --> 03:55.280] minting that 15 million room that we have currently sitting there really

[03:55.280 --> 04:00.040] available we'll probably know about it like six months in advance or even a

[04:00.040 --> 04:03.680] 12 months in advance we'll just kind of see the writing of the wall I don't

[04:03.680 --> 04:09.080] expect there to be some sort of like mass exodus of loans just because the

[04:09.080 --> 04:12.160] only thing that would cause somebody to amass existence of loans is if people

[04:12.160 --> 04:16.040] feel that they might not get their collateral back or their collateral is

[04:16.040 --> 04:20.560] unavailable and there's no reason to believe that even if room's price is

[04:20.560 --> 04:25.200] diving in like went down 60% or something some number like like that

[04:25.200 --> 04:29.440] doesn't affect loan lending at all and so because the people who have loans are

[04:29.440 --> 04:32.640] not financially exposed to the root asset they're only financially exposed to

[04:32.640 --> 04:37.760] their collateral and technically also to the Tor asset as well which is not an

[04:37.760 --> 04:45.840] asset just more like a private oracle yeah so anybody has any questions you

[04:45.840 --> 04:51.640] know feel free to raise your hands and come and Chad throw you're welcome to

[04:51.640 --> 04:56.560] kind of help you moderate and ask questions yourself if you want to but

[04:56.560 --> 04:59.680] anybody wants to come up just let me know where's the hand and we'll just

[04:59.680 --> 05:10.480] start having a little Q&A all right somebody's requesting and it's not

[05:10.480 --> 05:33.600] letting me hear me yeah all right I just went to like get a better detailed

[05:33.600 --> 05:42.880] description of the profile so basically like let's say I have Bitcoin the

[05:42.880 --> 05:51.600] positive Bitcoin and let's say Bitcoin is like $10,000 and based on the TR I could

[05:51.600 --> 06:02.080] get like $5,000 yeah okay sorry where does the load come from does it come

[06:02.080 --> 06:09.680] from the liquidity pool and in what what asset is it in a question so the

[06:09.680 --> 06:16.040] liquidity pools aren't really involved or affected by lending in general I mean

[06:16.040 --> 06:19.440] technically that's not true because technically speaking they're collecting

[06:19.440 --> 06:24.640] fees on swaps in and out and also the price action on the rune assets

[06:24.640 --> 06:29.680] obviously affecting LPs not savers but does affect LPs but it's a pretty weak

[06:29.680 --> 06:33.600] connection it's not really strong correlated so LPs don't really care so

[06:33.600 --> 06:38.760] much what's happening in the lending world for the most part so what basically

[06:38.760 --> 06:43.120] what you're doing there is that you're when you put in that $10,000 was a

[06:43.120 --> 06:49.000] Bitcoin and you're swapping that Bitcoin from a layer one asset to a derived

[06:49.000 --> 06:54.040] asset so it's a double swap from layer one to rune and then rune to the derived

[06:54.040 --> 06:58.920] asset you're burning that rune a $10,000 worth of rune effectively and you're

[06:58.920 --> 07:02.440] minting this derived asset with which the network you know holds on your

[07:02.440 --> 07:07.160] behalf as your collateral and then the network basically mince a bunch of

[07:07.160 --> 07:11.960] tour right I'll just you said 5,000 was your your debt muscles call it 5,000

[07:11.960 --> 07:16.440] that's a 200% collateralization ratio so it just mince 5,000 tour which is

[07:16.440 --> 07:20.960] basically minting $5,000 worth of a rune back into the network so you burnt

[07:20.960 --> 07:26.640] 10,000 for the collateral and then in the network just you know a moment later

[07:26.640 --> 07:33.880] mince $5,000 worth of room back so it's a net burn of 5,000 rune and then there's

[07:33.880 --> 07:40.560] a you know total you know 10,000 burnt 5,000 minted net net negative 5,000 and

[07:40.560 --> 07:47.600] then the 5,000 room that you got dollars worth of room gets swapped to whatever

[07:47.600 --> 07:51.720] the asset is that you want to receive on the other side it could be USDC it could

[07:51.720 --> 07:56.400] be USDT it could be Bitcoin it could be Ether it could be Doge like you could

[07:56.400 --> 08:00.960] arbitrarily pick whatever even giving you some long-tail asset on you know

[08:00.960 --> 08:05.960] Uniswap right it could literally be anything you want maybe we'll make it

[08:05.960 --> 08:09.640] simple in the beginning just making only fortune assets just to make it view one

[08:09.640 --> 08:13.240] will look simpler but but generally you can receive whatever asset you want to

[08:13.240 --> 08:17.760] receive but the debt from a counting perspective the debt is always going to

[08:17.760 --> 08:21.840] be the Tor it's going to be the dollar form it so technically what's actually

[08:21.840 --> 08:27.440] happening for you is that you're your your collateral which in this case is

[08:27.440 --> 08:31.760] Bitcoin and you're shorting the dollar because you're you're you're getting

[08:31.760 --> 08:36.040] $5,000 worth of value and then you're receiving it as Bitcoin you're

[08:36.040 --> 08:39.600] receiving it as USDC you're receiving it as Ether like whatever asset you want

[08:39.600 --> 08:44.320] and so you're shorting the dollar and you're in your London crypto

[08:44.320 --> 08:52.080] London Bitcoin in this case that makes sense yeah so so basically like I could

[08:52.080 --> 09:00.160] like deposit Bitcoin and like get Litecoin but when I when I have to like pay

[09:00.160 --> 09:06.280] back the loan what what's the loan denominated in can I also like do any

[09:06.280 --> 09:11.560] other asset as long as it's that price yes you can pay back in anything you

[09:11.560 --> 09:15.600] want the network will the network will swap whatever you'd give it like if I

[09:15.600 --> 09:20.680] give Litecoin back to the system say hey I want to pay back my loan my Bitcoin

[09:20.680 --> 09:26.480] loan right because I the loans and the loan clattles and Bitcoin the debt is

[09:26.480 --> 09:31.000] always in Tor so that like the accountings in USD but then I received Litecoin as

[09:31.000 --> 09:35.080] my thing and then later on I wanted to pay back my loan I could take like I

[09:35.080 --> 09:38.360] mean I don't even have to use Litecoin I could use I could use Bitcoin cash I

[09:38.360 --> 09:42.680] could use Ether right and I would say here's a bunch of like here's like $5,000

[09:42.680 --> 09:48.080] worth there it swaps it from Ether to room and then from room to the Tor

[09:48.080 --> 09:52.000] asset and then the Tor asset gets sent to the lending protocol and it says oh

[09:52.000 --> 09:56.960] here's the sky's loan he's here's like you know 5,000 Tor that we were able to

[09:56.960 --> 10:01.160] acquire from this gentleman you know pay down the debt the $5,000 that he owes

[10:01.160 --> 10:06.640] or whatever the amount is right and then you know if you paid like 2,500 you

[10:06.640 --> 10:10.200] would you know pay like a partial payback of your loan you would get half your

[10:10.200 --> 10:14.560] Bitcoin back right half your collateral back and so you can pay back partially

[10:14.560 --> 10:19.280] you can pay back in full you can overpay if you really want to I wouldn't it's

[10:19.280 --> 10:22.360] just burning money at that point but you could do that if you really really

[10:22.360 --> 10:26.680] wanted to and so you can pay back in whatever asset you choose but in the end

[10:26.680 --> 10:32.680] the dollar value whatever asset you're sending us has to be you know worth the

[10:32.680 --> 10:38.680] the value of the debt yeah and I just want to reiterate like how big of a deal

[10:38.680 --> 10:42.480] that is that's something that's unique to Thor chain on other lending

[10:42.480 --> 10:46.520] protocols on Ethereum you know you can you can you post your collateral in

[10:46.520 --> 10:51.520] Ethereum and you pay it back in Ethereum because Thor chain has all of these

[10:51.520 --> 10:54.600] different pools and they're all they're all compatible with each other you can

[10:54.600 --> 10:59.480] all swap between them to Chad's point that you can pay back a Bitcoin on

[10:59.480 --> 11:04.080] Ethereum with sorry a loan on Bitcoin with Ethereum is an incredibly

[11:04.080 --> 11:08.560] innovative thing just on top of this that's that's that that is that you know it

[11:08.560 --> 11:13.320] just basically shows the synergy of having lending savings and cross chain

[11:13.320 --> 11:19.080] swapping all in the same protocol yeah yeah and probably like if you really

[11:19.080 --> 11:23.080] don't want to be like optimized the f* out of paying back your loan you'd

[11:23.080 --> 11:26.480] probably just want to pay it back and whatever the deepest pool is like let's

[11:26.480 --> 11:30.280] say that's Bitcoin for example just because you'd pay the smallest amount of

[11:30.280 --> 11:36.480] fees pop your Bitcoin to the Tor asset by using the deeper pool so you probably

[11:36.480 --> 11:40.600] wouldn't want to pay back and like when you can and it's fine you're just gonna

[11:40.600 --> 11:45.160] pay a slightly more in fees you know so instead of paying back $5,000 you're

[11:45.160 --> 11:52.240] gonna pay you're you're gonna want to send $5,000 $500 $100 you know just so

[11:52.240 --> 11:56.320] the $100 will be kind of taking out as part of the fee for both the layer one

[11:56.320 --> 11:59.680] swap and the derived asset swap and then you're at the end of that you're left

[11:59.680 --> 12:04.120] with $5,000 and then that's pays down your $5,000 debt so you kind of be paying

[12:04.120 --> 12:07.840] attention to the fees you're paying so if you owe $5,000 you're not gonna pay

[12:07.840 --> 12:12.160] back $5,000 you'll pay back $5,000 $10 or $5,100

[12:12.160 --> 12:15.360] depending upon depending on the depth of the pool that you're kind of interacting

[12:15.360 --> 12:23.800] right okay I have another question okay so let's say you deposit like a

[12:23.800 --> 12:30.200] Bitcoin that's $10,000 you take $5,000 out let's say a month later like

[12:30.200 --> 12:37.680] Bitcoin is $20,000 is there any way like you could withdraw some Bitcoin

[12:37.680 --> 12:42.960] without repaying the loan since like the asset your collateral is now way more

[12:42.960 --> 12:51.400] valuable yeah so not directly so like so I call this in my head I name I don't

[12:51.400 --> 12:54.440] know this is an actual term for some reality but my own term for it that I

[12:54.440 --> 12:59.080] named it my head was what I call a loan refresh and so the idea there is it like

[12:59.080 --> 13:04.160] you took it you had $10,000 originally you took out a $5,000 loan and then a

[13:04.160 --> 13:07.800] month later Bitcoin's doubled in price so it's about $20,000 and you still have

[13:07.800 --> 13:11.320] that $5,000 debt and let's just assume for the sake of argument that the

[13:11.320 --> 13:15.280] collateralization ratio is unchanged from the original scenario so now it's just

[13:15.280 --> 13:20.320] like well if you pay back that 5,000 debt you get $20,000 of Bitcoin and then

[13:20.320 --> 13:23.560] take that Bitcoin put right back into the system for another loan and now you get

[13:23.560 --> 13:28.160] $10,000 right so you basically take the same amount of Bitcoin and like

[13:28.160 --> 13:33.960] refreshed your loan and now you have a higher amount of debt to go ahead and

[13:33.960 --> 13:38.680] you know buy more crypto or you know buy a prostitute whatever whatever you're

[13:38.680 --> 13:44.440] in and and and then you can do what you want the network will probably

[13:44.440 --> 13:49.560] allow this in the bull scenario where the price of Bitcoin has changed and is

[13:49.560 --> 13:55.200] increased like in 10,000 to 20,000 but it may not allow that in bear scenario where

[13:55.200 --> 14:00.200] your Bitcoin has gone from $10,000 to $5,000 and it's it's dropped the value of

[14:00.200 --> 14:05.880] the Bitcoin has dropped greater than the CR value has changed just because in that

[14:05.880 --> 14:10.520] scenario that becomes bad network it becomes like counter counter you know

[14:10.520 --> 14:14.360] productive for the network's purposes and so in that kind of rare scenario with

[14:14.360 --> 14:21.040] the coin value drops further than the CR value drops we probably wouldn't allow

[14:21.040 --> 14:24.880] that scenario but we would do it in the bull scenario that's that's helpful for

[14:24.880 --> 14:28.080] the network and that's there it's helpful for you and it's also helpful for the

[14:28.080 --> 14:34.600] network as well okay thanks a lot you've really been helpful thanks yeah no

[14:34.600 --> 14:37.480] worries good job guys

[14:37.480 --> 14:44.640] play how are you doing well quick follow up that question then I'll help my my

[14:44.640 --> 14:50.720] main question is there gonna be partial redemptions of the loans I just

[14:50.720 --> 14:55.240] thought that was listen to you talk about that well yeah you can pay you can like

[14:55.240 --> 14:59.080] DCA the loan back if you want like dollar cross average if you really

[14:59.080 --> 15:05.320] wanted to I don't see any need or reason to to not allow that so if you want to

[15:05.320 --> 15:09.640] pay back like 10 times over time you can like like imagine if somebody actually

[15:09.640 --> 15:13.000] like bought up you know something expensive like a house or a car or

[15:13.000 --> 15:17.400] something like this like you can just save up the money that you're earning

[15:17.400 --> 15:21.280] from your job to pay back the loan you know to pay so that you can you know

[15:21.280 --> 15:24.760] get your your could go back or you can just like at the end of every month just

[15:24.760 --> 15:27.840] like pay back some percentage of it and get some percentage of your of your

[15:27.840 --> 15:31.240] collateral back however you want to structure it's fine with me I don't think

[15:31.240 --> 15:35.760] I own personal opinions it may even be beneficial to do that to pay back in

[15:35.760 --> 15:40.560] pieces just because if you pay it back in a one big fell screw you they're gonna

[15:40.560 --> 15:45.800] pick you're gonna pay more in swap fees right for the collateral to go to convert

[15:45.800 --> 15:50.800] back from a layer one up from under a gas up to the layer one big coin which

[15:50.800 --> 15:54.960] it's and then so it might actually even make sense to like you know in some

[15:54.960 --> 16:00.080] scenarios just like not open the loan in one transaction but open alone in like

[16:00.080 --> 16:03.480] 10 transactions and then when you want to close it like close it in 10 transactions

[16:03.480 --> 16:08.160] just be just to be more capital efficient just to pay less in fees no

[16:08.160 --> 16:11.400] different than like in a large swap today like if you wanted to got a huge swap

[16:11.400 --> 16:16.040] on Thor chain you probably wouldn't do that in one transaction expensive instead

[16:16.040 --> 16:19.600] you might break it up until like two transactions or five transactions to

[16:19.600 --> 16:25.440] kind of optimize your your your feet fees that you're paying yep no that's that's

[16:25.440 --> 16:29.880] why I was wondering so my main questions around the collateralization ratio I

[16:29.880 --> 16:35.360] understand that it's dynamic do we have the kind of the math that determines

[16:35.360 --> 16:44.600] that publish anywhere or yeah yeah we do so there are there are two settings that

[16:44.600 --> 16:49.280] maybe there may be three but maybe some adjustments to it but there's like one

[16:49.280 --> 16:54.120] setting is like the mincie right like the lowest that that's allowed and then

[16:54.120 --> 17:01.440] there's like the max CR which is high love and so imagine a scenario where

[17:01.440 --> 17:08.520] where the CR is gonna move between the mint CR to the max yeah let's just call

[17:08.520 --> 17:13.000] the min CR like 100% let's just say right the same discussion we could set it

[17:13.000 --> 17:18.200] 200% or 500% but like this just make it keep it simple at 100 and then the pool

[17:18.200 --> 17:25.600] has a total of like a million root in it right whatever that is and then the max

[17:25.600 --> 17:30.560] CR is let's just call it a thousand percent right it's like that and so like

[17:30.560 --> 17:36.560] as more loans go out we're gonna move kind of like as we kind of fill up that

[17:36.560 --> 17:39.880] one million room that's in the pool and we start like burning that much for

[17:39.880 --> 17:44.520] collateral as more and more loans are going out we kind of move from like that

[17:44.520 --> 17:50.120] 100 starting point to that 1000 ending point it must be like totally like the

[17:50.120 --> 17:54.880] total amount went out in collateral the most like the most total collateral kind

[17:54.880 --> 17:59.600] of collective is that that is equal of the pool and then we're at the max CR like

[17:59.600 --> 18:05.200] a thousand so we could but we can set that max CR to be like you know 200 or

[18:05.200 --> 18:09.440] 5,000 or a hundred thousand percent like nobody would do a hundred thousand

[18:09.440 --> 18:15.320] percent let's start ridiculous behind CR it's a terrible deal but like we could

[18:15.320 --> 18:19.640] kind of fluctuate that and then the third kind of like parameter to kind of

[18:19.640 --> 18:22.880] configure and all these things are familiar control to the nodes control

[18:22.880 --> 18:28.800] all of this s* but is like how much of the pool do we want to doubt is it like

[18:28.800 --> 18:35.840] 10% of the pool 50% of the pool 100% the pool 300% of the pool 10,000% of the

[18:35.840 --> 18:41.160] pool like we can configure like how far down the road we want to go like we

[18:41.160 --> 18:44.440] want to make sure the max CR summer time number that like nobody would ever

[18:44.440 --> 18:49.200] take just like it's a really bad deal so we can control like how much lending

[18:49.200 --> 18:53.640] actually network and we can set that kind of like small in the early days

[18:53.640 --> 18:57.200] where we don't love that much to go out and then as we feel more comfortable and

[18:57.200 --> 19:00.480] confident about the lending design actually I think it's gonna work and

[19:00.480 --> 19:04.120] burning a bunch of room and it's like working very effectively very well we

[19:04.120 --> 19:07.120] can kind of like you know increment kind of like raising the caps in a sense

[19:07.120 --> 19:11.000] kind of like increase like how much the pool do we want to release is it like

[19:11.000 --> 19:16.120] 10% and then 20% and then 100% and then 100% and then 200% 200%

[19:16.120 --> 19:21.160] goes go far down the road we actually want to as that's up to the notes in the

[19:21.160 --> 19:26.320] community kind of decide like how far we want to go right so this the speed of

[19:26.320 --> 19:32.640] the change of the collateralization ratio will be based on how fast it's

[19:32.640 --> 19:38.200] filling up whatever that lone pool yeah it's based upon like how much of a

[19:38.200 --> 19:42.720] distance between the min CR and the max here so if this like a hundred this

[19:42.720 --> 19:47.480] percent of min CR and a thousand percent of max CR like that will dictate how

[19:47.480 --> 19:52.920] quickly the CR kind of scales up versus if we made a hundred percent of men and

[19:52.920 --> 20:00.040] 10,000 is the max then the CR will scale much slower on each loan right so we

[20:00.040 --> 20:04.400] can we can control that kind of like that that that's scalability like

[20:04.400 --> 20:08.320] how fast we want to scale right and when there's even a possibility we've talked

[20:08.320 --> 20:12.760] with the idea of like maybe we wouldn't just start small if we would just like

[20:12.760 --> 20:19.160] set the min CR high at like you know 800% something really high and then just

[20:19.160 --> 20:22.120] see if we've got any takers right see if anybody in the industry or the

[20:22.120 --> 20:27.760] community likes this deal right and then over time because okay well we can drop

[20:27.760 --> 20:31.200] it from a hundred percent to down seven hundred percent that way we don't like

[20:31.200 --> 20:35.720] if we start with too small like a two percent like the two of percent CR would

[20:35.720 --> 20:40.080] be like the riskiest loans for protocol so we don't like those as much we want

[20:40.080 --> 20:43.400] to see high CR loans I could better it's a better deal from the protocol

[20:43.400 --> 20:47.520] perspective not as good a deal from the borrower's perspective but it was from

[20:47.520 --> 20:51.960] protection of the network it's better for capital higher so we might just like

[20:51.960 --> 20:56.120] say to ourselves like let's just start high at eight hundred percent some number

[20:56.120 --> 21:00.640] and then we'll slowly walk it down over time and we'll eventually just kind of

[21:00.640 --> 21:04.680] find figure out like for a loan of these kind of characteristics and these kind

[21:04.680 --> 21:09.160] of countries we've never seen crypto before what is the CR people are going to

[21:09.160 --> 21:13.520] take it's like in a regular defi loan on compound or make your dial or

[21:13.520 --> 21:18.720] whatever people do like you know 200% cloudization maybe 300 we on the highest

[21:18.720 --> 21:23.640] level but that loan is like highly risky and highly problematic in many many

[21:23.640 --> 21:26.920] respects and highly stressful as f* to if you've ever actually done one of

[21:26.920 --> 21:31.640] those loans it's like super stressful but maybe people are saying like oh well

[21:31.640 --> 21:35.200] you know for a loan much less risk to it I don't know if the word bug it really

[21:35.200 --> 21:38.040] good I don't think you're worried about you know interest rates is kind of

[21:38.040 --> 21:42.120] gouging me or anything like this I'm gonna take 500% I'm gonna take 600%
[21:42.120 --> 21:45.840] I'm gonna take 700% whatever that is I don't know what the with the industry is
[21:45.840 --> 21:48.960] willing to do and I don't think anybody does really and so we get to have to
[21:48.960 --> 21:53.640] kind of like feel it up and so we might start high 800% see if there's any
[21:53.640 --> 21:57.160] takers see if people like it if they don't like it and then like maybe walk
[21:57.160 --> 22:00.880] it down over time and eventually what will really happen is that the CR will
[22:00.880 --> 22:05.200] be probably more or less static like it just just from the market demands of
[22:05.200 --> 22:11.160] like the free market has determined that for Bitcoin specifically 600%
[22:11.160 --> 22:16.000] cloudization ratio is like that kind of like the golden you know between
[22:16.000 --> 22:20.680] supply and demand the kind of golden like axis right some number will will
[22:20.680 --> 22:25.000] kind of show up on a per asset basis which I have no idea what that number is
[22:25.000 --> 22:29.400] going to be but it's gonna be something and I expected the CR probably won't
[22:29.400 --> 22:32.680] shift around all that much you know it'll shift ever every day but like it
[22:32.680 --> 22:39.840] won't be like 200% and then 700% and then 300% 100% 100% 100% we won't see
[22:39.840 --> 22:43.600] large fluctuation through it and the most likely like eventually over a long
[22:43.600 --> 22:49.880] period almost every loan would be like approximately 100% I'm making up
[22:49.880 --> 22:55.080] numbers don't don't quote me on the mirror like once we kind of settle at
[22:55.080 --> 22:59.120] some CR like this the industry settles at like some number whether it be 500% or
[22:59.120 --> 23:06.400] 600% like almost every loan will be like right around here probably all right
[23:06.400 --> 23:14.560] appreciate the answers thanks yeah swing pop I think you were next
[23:19.200 --> 23:22.480] I hear you for speaking
[23:26.560 --> 23:33.960] still okay there you are yeah you're gonna hear me now I'll hear you now okay
[23:33.960 --> 23:40.600] great so I have two questions first of all I would like to confirm one thing if
[23:40.600 --> 23:47.160] I understand it correctly the prices in throrshane and not you guys are not
[23:47.160 --> 23:53.240] gonna use Oracle's but the pools themselves right all right so my
[23:53.240 --> 23:58.520] question is then related to stablecoins let's assume the unlikely scenario
[23:58.520 --> 24:03.360] that maybe one stablecoin like I don't know Binance BUSD goes down for some
[24:03.360 --> 24:13.400] reason or USCC is just a centralized power to to lock the coins in the pools
[24:13.400 --> 24:25.760] how would that affect the loans as it wouldn't affect it so if a single coin
[24:25.760 --> 24:31.140] or even two coins D-pad and they dropped to zero then the tour price would be
[24:31.140 --> 24:35.680] unchanged to be unaffected by the reason why is because it's not taking an
[24:35.680 --> 24:41.680] average of all those things it's taking the median right so if if you have you
[24:41.680 --> 24:45.680] know five coins from stablecoins whatever the hell they are doesn't matter if
[24:45.680 --> 24:55.080] there's something and in in order they are like 98 cents 99 cents a dollar a dollar
[24:55.080 --> 24:59.880] one and a dollar two then the median price is going to be the one that's in
[24:59.880 --> 25:03.520] the middle always the one that's not actually like adding them all up and
[25:03.520 --> 25:07.320] then summing them and then dividing by five that would be the average in the
[25:07.320 --> 25:10.080] meeting case you're just taking whatever one that's in the exact middle of all
[25:10.080 --> 25:13.160] these things sort them all from lowest to highest and you take the one in the
[25:13.160 --> 25:17.680] exact middle that's that's the median so if one coin goes to like one penny I
[25:17.680 --> 25:21.480] thought it's like the 98 cents one was at one penny then the price would still be
[25:21.480 --> 25:25.480] a dollar right it doesn't really matter so in order to like manipulate the price
[25:25.480 --> 25:31.080] of Tor you'd have to manipulate the price of a majority of stablecoins in the
[25:31.080 --> 25:35.680] industry and of these pools which would be obviously extremely difficult and
[25:35.680 --> 25:39.400] we've never seen that in history and I think what I would love to see happen
[25:39.400 --> 25:43.960] just to further cement this is to see more stablecoins added to the network on
[25:43.960 --> 25:50.320] AVACs on Ethereum fracks and MIM and whatever else the more the merrier because

[25:50.320 --> 25:55.600] the more coins we have the the more the more the more coins that have to fail

[25:55.600 --> 26:00.840] at the same moment in order to cause an issue so I want to see as part of this

[26:00.840 --> 26:05.800] to create as many stablecoin pools we recently can for many reasonable stuff

[26:05.800 --> 26:11.360] in the industry and then from there that should make us much more stable from

[26:11.360 --> 26:16.160] the such thing and in addition to that we have the ability through the mirror to

[26:16.160 --> 26:21.520] be able to disable ones or two the three ones or four the so we find that

[26:21.520 --> 26:24.800] there's some crazy thing happening in the industry like a complete collapse of

[26:24.800 --> 26:30.000] f*ing crypto tethers been broken USDA's been broken below a blog whatever and the

[26:30.000 --> 26:33.480] only thing that's actually working right now is LUSD right that actually

[26:33.480 --> 26:37.520] maintained the peg then we can literally just drop all those coins from the

[26:37.520 --> 26:42.840] equation and just use LUSD right as our as our kind of our our Oracle if you

[26:42.840 --> 26:46.160] want to call it that and so we can dynamically just like in from moment to

[26:46.160 --> 26:50.040] moment be able to change the list of what the actual equity pools are so we can

[26:50.040 --> 26:55.160] quickly adapt to anything happening in the market either as a namir admin or

[26:55.160 --> 27:02.800] as the could do that oh great I think for the explanation yeah I was a little

[27:02.800 --> 27:09.720] scared at the beginning I have another question if I may what one more thing

[27:09.720 --> 27:13.640] at this point is that like because towards price the operates from a

[27:13.640 --> 27:21.240] medium of all the state is this good that means that but inherently so and

[27:21.240 --> 27:26.280] mathematically has to be true that the tour price will be more stable to the

[27:26.280 --> 27:30.880] dollar than any stable coin that exists in the industry more so than the USDC more

[27:30.880 --> 27:35.680] so than USDC more than so than the USDC because any slight fluctuations will

[27:35.680 --> 27:40.440] negatively affect their price it won't affect ours and so I will almost

[27:40.440 --> 27:45.320] guarantee it that if you run the terrific system for like six months and you look

[27:45.320 --> 27:50.280] at the price that had a long period you will find that it is more stable to the

[27:50.280 --> 27:57.920] dollar than any of my other question was related to like assuming that that

[27:57.920 --> 28:06.800] happens I'm not so thanks Abby so I was wondering what will be the use cases

[28:06.800 --> 28:12.840] for for what you used for in building a lot of all the purple or like I said

[28:12.840 --> 28:30.760] the

[28:30.760 --> 28:42.820] on

[28:42.820 --> 28:49.820] I'm just going to be a price worker, and so you won't be able to hold the token at all,

[28:49.820 --> 28:55.820] but I'm only the corporate worker in the government on the floor, and it's only doing that, like,

[28:55.820 --> 29:05.820] it's in a second, whenever I'm in store, or whenever I'm in the first store,

[29:05.820 --> 29:10.820] I have to have another market capital clause, and any kind of lot of laughs,

[29:10.820 --> 29:13.820] so you can see in every obvious table so far.

[29:13.820 --> 29:20.820] There is a new mirror control, like, you're near a key, or wherever, integration.

[29:20.820 --> 29:24.820] We're going to be able to hold that up, and rather have that sense,

[29:24.820 --> 29:25.820] because of the entire industry.

[29:25.820 --> 29:27.820] How does that go in the background?

[29:27.820 --> 29:29.820] Well, I'm going to put just an instance towards it.

[29:29.820 --> 29:32.820] An instance for me, which is the first one I've heard, is a two-to-one.

[29:32.820 --> 29:37.820] But I can hear right now, it's going to be because now I'm just able to, in general,

[29:37.820 --> 29:40.820] do a hot topic that we're very terrified of.

[29:40.820 --> 29:43.820] I don't want to money while the water is a meeting.

[29:43.820 --> 29:46.820] I'm finding the next single download table in there with it,

[29:46.820 --> 29:49.820] making sure that the ending of the push of the root of the government,
[29:49.820 --> 29:52.820] or the community, and not the end of it.
[29:52.820 --> 29:55.820] But I'm already ready to have the exit.
[29:55.820 --> 29:59.820] Just got to be checked, like, it's going to be like six months after a meeting,
[29:59.820 --> 30:01.820] we can never come to a hot topic.
[30:01.820 --> 30:04.820] I have conversations with the community about, like, doing what you want to do,
[30:04.820 --> 30:07.820] among each business experience, like, algorithm design,
[30:07.820 --> 30:10.820] and you might be fixing all the problems that I was able to support,
[30:10.820 --> 30:11.820] or some community.
[30:11.820 --> 30:15.820] I'll solve all the issues of why they have built in their hands.
[30:15.820 --> 30:19.820] And if we get to that, the discussion of how I'm already ready to unleash
[30:19.820 --> 30:24.820] how they stable and provide value for services
[30:24.820 --> 30:26.820] in the entire industry.
[30:26.820 --> 30:29.820] It's as sensitive as a part of the works.
[30:29.820 --> 30:32.820] And so that becomes a different conversation with different type of point of time
[30:32.820 --> 30:34.820] in the future.
[30:34.820 --> 30:36.820] I don't want anybody to worry about it.
[30:36.820 --> 30:38.820] No, thanks.
[30:38.820 --> 30:40.820] Okay, great. Thanks for that.
[30:40.820 --> 30:42.820] Can I ask one more question?
[30:42.820 --> 30:43.820] Yeah.
[30:43.820 --> 30:44.820] Yeah.
[30:44.820 --> 30:45.820] Yeah.
[30:45.820 --> 30:47.820] That was about the regulations.
[30:47.820 --> 30:50.820] Because I don't remember correctly,
[30:50.820 --> 30:54.820] or originally for five wasn't supposed to work with the regulations,
[30:54.820 --> 30:57.820] but what happens if, let's say,
[30:57.820 --> 31:01.820] the value of your own becomes bigger than your project?
[31:01.820 --> 31:04.820] How would that work in the end of this design?
[31:04.820 --> 31:05.820] Yeah.
[31:05.820 --> 31:06.820] Absolutely.
[31:06.820 --> 31:08.820] We've always been aiming for no recommendations,
[31:08.820 --> 31:12.820] something that was one of the original ideas of lending, like,
[31:12.820 --> 31:14.820] not really pretty thing.
[31:14.820 --> 31:16.820] Just doesn't rebuild this, and it already exists.
[31:16.820 --> 31:17.820] Like, it already exists.
[31:17.820 --> 31:20.820] You don't need me to build it again.
[31:20.820 --> 31:24.820] Instead, we wanted to do something different and offer our lending design
[31:24.820 --> 31:26.820] that actually, in my opinion,
[31:26.820 --> 31:30.820] makes every other lending protocol completely obsolete and r*,
[31:30.820 --> 31:31.820] overnight.
[31:31.820 --> 31:34.820] And so, in your case scenario,
[31:34.820 --> 31:37.820] like, what happens when the collateral drops value,
[31:37.820 --> 31:40.820] where it's less than the debt, right?
[31:40.820 --> 31:43.820] So you have $10,000 collateral in Bitcoin,
[31:43.820 --> 31:46.820] and you got $1,000 debt in Tor,
[31:46.820 --> 31:48.820] and then Bitcoin, you know, market goes bare.
[31:48.820 --> 31:52.820] Bitcoin drops 80%, 90% if you see it happen more than one time,
[31:52.820 --> 31:53.820] of course.
[31:53.820 --> 31:56.820] And it'll probably happen again, I'm sure.
[31:56.820 --> 31:59.820] And so what happens is nothing, right?

[31:59.820 --> 32:02.820] Like, from the protocol's perspective,
[32:02.820 --> 32:08.820] it took in, it burnt $10,000 worth of room, right?
[32:08.820 --> 32:11.820] And it collected on that the moment that the loan was opened.
[32:11.820 --> 32:14.820] Like, it's already sold and collected.
[32:14.820 --> 32:16.820] Like, it got its quote unquote yield in a sense.
[32:16.820 --> 32:18.820] It's already profit.
[32:18.820 --> 32:20.820] And then it minted $5,000 back to debt.
[32:20.820 --> 32:22.820] So it's already burnt a bunch of it.
[32:22.820 --> 32:25.820] So what happens to the Bitcoin price after this?
[32:25.820 --> 32:27.820] The protocol doesn't give two shifts.
[32:27.820 --> 32:32.820] It doesn't really matter all that much if the collateral goes to zero or not.
[32:32.820 --> 32:35.820] In fact, from the protocol's perspective,
[32:35.820 --> 32:40.820] the most ideal scenario is that the collateral goes to zero, right?
[32:40.820 --> 32:44.820] Like, and that's the best case scenario because then we just basically,
[32:44.820 --> 32:46.820] you gave us $10,000.
[32:46.820 --> 32:49.820] We gave you back $5,000, and that was the end of it.
[32:49.820 --> 32:53.820] And of course, the protocol is very happy about that because it made a $5,000
[32:53.820 --> 32:55.820] off of doing nothing.
[32:55.820 --> 32:57.820] Thank you, sir. I'll have another, right?
[32:57.820 --> 33:01.820] Like, so like the scenario where the collateral drops below the debt is like,
[33:01.820 --> 33:04.820] not only does that not phase the protocol, and it,
[33:04.820 --> 33:07.820] not only is that not a bad thing because most of the time,
[33:07.820 --> 33:10.820] it'd be like insolvency and the whole thing would collapse and like,
[33:10.820 --> 33:13.820] the whole thing would be a cop debt, right?
[33:13.820 --> 33:15.820] But in our case, it's actually a positive thing.
[33:15.820 --> 33:17.820] We're actually looking forward to it.
[33:17.820 --> 33:21.820] So because the best case scenario in the protocol's perspective is that
[33:21.820 --> 33:23.820] you just never pay back your loan.
[33:23.820 --> 33:25.820] Like, because you gave us $10,000.
[33:25.820 --> 33:27.820] We gave you $5,000.
[33:27.820 --> 33:29.820] We're as happy as clams.
[33:29.820 --> 33:30.820] We made a lot of money.
[33:30.820 --> 33:31.820] We're great.
[33:31.820 --> 33:32.820] Everything settled.
[33:32.820 --> 33:35.820] Have a great day and never come back to me ever again, right?
[33:35.820 --> 33:38.820] That would be the best case scenario for perspective.
[33:38.820 --> 33:42.820] So if we had like loans out and terror was still in the network and everything
[33:42.820 --> 33:46.820] that terror collapsed and price went down to zero, that would be amazing.
[33:46.820 --> 33:47.820] We would love it.
[33:47.820 --> 33:48.820] We'd eat it up.
[33:48.820 --> 33:50.820] That'd be fantastic news for the protocol.
[33:50.820 --> 33:54.820] You'll be excited because we just know that we had millions of dollars or hundreds
[33:54.820 --> 33:55.820] of millions of dollars.
[33:55.820 --> 34:00.820] That's how the quantity would be of room that will never be minted back ever again, right?
[34:00.820 --> 34:02.820] That's great news for us.
[34:02.820 --> 34:08.820] For LPs, for room holders, for validators, like the whole kit and computer,
[34:08.820 --> 34:10.820] everybody would be excited to see that happen.
[34:10.820 --> 34:16.820] So we have a very structurally different design where we don't actually would
[34:16.820 --> 34:19.820] love to see the collateral drop below the value of the debt.
[34:19.820 --> 34:21.820] That's actually a beneficial thing.
[34:21.820 --> 34:27.820] That's also what protects the network from being, from minting too much room.
[34:27.820 --> 34:33.820] That in a bull market, altcoins in general almost always outperforming in

[34:33.820 --> 34:35.820] Ethereum and almost all of a sudden.

[34:35.820 --> 34:36.820] That's true.

[34:36.820 --> 34:39.820] Look at almost any random coin, which is for ones that completely collapse like

[34:39.820 --> 34:40.820] terror.

[34:40.820 --> 34:45.820] But like any altcoin will outperform Bitcoin and Ethereum and all these things

[34:45.820 --> 34:46.820] in a bull market.

[34:46.820 --> 34:50.820] And any altcoin will underperform Bitcoin and a bear market, right?

[34:50.820 --> 34:52.820] You can do the analysis yourself.

[34:52.820 --> 34:53.820] You're welcome to.

[34:53.820 --> 34:54.820] It's basically the same.

[34:54.820 --> 35:00.820] Like even in recent days, like Thor chain's room will 2x whatever Bitcoin's doing.

[35:00.820 --> 35:02.820] Like Bitcoin's up 3% and then rooms up 6%.

[35:02.820 --> 35:03.820] And Bitcoin's down 3%.

[35:03.820 --> 35:05.820] Rooms down 6%.

[35:05.820 --> 35:06.820] Right?

[35:06.820 --> 35:08.820] Like there's a direct correlation there.

[35:08.820 --> 35:14.820] And so the bad case scenario, like room goes that we go to a bear market and then

[35:14.820 --> 35:20.820] rooms under performing Bitcoin and now we're going to like mint a bunch of room

[35:20.820 --> 35:21.820] bad.

[35:21.820 --> 35:25.820] But in reality, that would never actually happen because we're in a bear market.

[35:25.820 --> 35:27.820] Bitcoin's price went down 90%.

[35:27.820 --> 35:31.820] And so did sort of rooms, but we don't care because the person's not going to pay back

[35:31.820 --> 35:37.820] their loan because they're not going to spend, you know, $5,000 to buy 1000 Bitcoin.

[35:37.820 --> 35:39.820] That's just a bundle, right?

[35:39.820 --> 35:40.820] Like nobody would ever do that.

[35:40.820 --> 35:43.820] If you want to buy some Bitcoin, just buy $5,000 with the Bitcoin.

[35:43.820 --> 35:47.820] Don't pay back your $5,000 debt to get $1,000 with the Bitcoin.

[35:47.820 --> 35:52.820] So like in a bear market, nobody's going to pay back their hand.

[35:52.820 --> 35:55.820] It's just not economically making any sense to.

[35:55.820 --> 36:02.820] And then eventually the market goes bull again and Bitcoin's price goes up to $1 or $1.

[36:02.820 --> 36:04.820] And also rooms down, mooning as well, right?

[36:04.820 --> 36:06.820] Because we're now in a bull market, right?

[36:06.820 --> 36:11.820] So like the likely scenario, and this is what gives me about this, the likely scenario is

[36:11.820 --> 36:18.820] in a bull market room will almost undoubtedly outperform the largest lending collateral

[36:18.820 --> 36:21.820] we'll have in the network by a good margin, probably.

[36:21.820 --> 36:25.820] Because it will be the only Bitcoin lenders out there in the industry, which, you know,

[36:25.820 --> 36:27.820] the only decentralized ones at least.

[36:27.820 --> 36:29.820] And Ethereum has lots of different options.

[36:29.820 --> 36:32.820] You know, in liquidity, you can go and make it down.

[36:32.820 --> 36:34.820] There's like lots of different competition there.

[36:34.820 --> 36:37.820] But there's no competition on the Bitcoin side, obviously.

[36:37.820 --> 36:42.820] And so just like the pure mathematics of it and the pure statistical odds of it is like

[36:42.820 --> 36:46.820] room will outperform Bitcoin during a bull market.

[36:46.820 --> 36:53.820] And so because of that, we should likely, you know, be net burning room even if people

[36:53.820 --> 36:54.820] will pay back their loans.

[36:54.820 --> 36:57.820] Because the time people are actually going to pay back their loans to the bear market

[36:57.820 --> 36:59.820] because they won't be able to, won't make sense to.

[36:59.820 --> 37:04.820] The time they're going to do it is when their collateral goes from $10,000 to $30,000.

[37:04.820 --> 37:06.820] That's when they're going to pay back their loan.

[37:06.820 --> 37:09.820] And that's a huge bull market that we're talking about in the scenario.

[37:09.820 --> 37:12.820] In which case, we're also going to be, you know, moving as well.

[37:12.820 --> 37:17.820] So, man, this, this sounds to be through, to be honest.

[37:17.820 --> 37:20.820] So in theory, I could just take a loan.

[37:20.820 --> 37:24.820] And if I'm on the water, I could just wait because I don't have to even pay it back.

[37:24.820 --> 37:30.820] And when the collateral is back up again, then I can choose to pay, right?

[37:30.820 --> 37:31.820] Yeah.

[37:31.820 --> 37:32.820] Correct.

[37:32.820 --> 37:33.820] One percent.

[37:33.820 --> 37:37.820] This is, if this works, we're going to break everyone.

[37:37.820 --> 37:39.820] Everyone doing lending right now.

[37:39.820 --> 37:40.820] That's what I'm saying.

[37:40.820 --> 37:41.820] That's what I'm saying.

[37:41.820 --> 37:42.820] That's what I'm saying.

[37:42.820 --> 37:46.820] Like, as soon as this thing f*ing launches, we're going to make ever the lending protocol

[37:46.820 --> 37:50.820] f*ing dinosaur because that's going to be this high risk, high variable.

[37:50.820 --> 37:52.820] Like, this is going to be a s*ty lending system.

[37:52.820 --> 37:56.820] And where are you going to pick one that gives you, you might lose all your liquidating

[37:56.820 --> 37:59.820] to like have sleepless nights, keeping your eye on the price of Ethereum or whatever.

[37:59.820 --> 38:03.820] And you keep your eye on low.

[38:03.820 --> 38:07.820] The interest rates are going to bloom not to 30% interest rates or whatever.

[38:07.820 --> 38:09.820] Like, they keep your eye on this s*.

[38:09.820 --> 38:10.820] It's like, stressful.

[38:10.820 --> 38:11.820] It's all f*.

[38:11.820 --> 38:12.820] Anybody who's taking a loan.

[38:12.820 --> 38:14.820] And then you're still like it f*ing.

[38:14.820 --> 38:16.820] Trying to mine.

[38:16.820 --> 38:17.820] Big time.

[38:17.820 --> 38:21.820] And he was like paying back his, like, he was paying into his collateral at the time.

[38:21.820 --> 38:23.820] He just like was a split second too late.

[38:23.820 --> 38:26.820] And he got f*ing, you know, leveled.

[38:26.820 --> 38:32.820] I mean, it's like the s*ty, um, you don't even see that in C file land or try to file

[38:32.820 --> 38:34.820] where you can just get liquidated that quickly.

[38:34.820 --> 38:39.820] Like, on the moments known as in a split second, it needs to like keep your eye, like, minute

[38:39.820 --> 38:41.820] to minute to make sure your collateral's not going to get f*ed.

[38:41.820 --> 38:43.820] Like, that's just a s*ty experience.

[38:43.820 --> 38:45.820] And it's great if you're a DJ.

[38:45.820 --> 38:50.820] And if you want to leverage your position in a centralized way, like, I get it.

[38:50.820 --> 38:51.820] All right.

[38:51.820 --> 38:52.820] That's fair.

[38:52.820 --> 38:57.820] But I think what I would love to see us do is actually building a lending design that actually

[38:57.820 --> 38:58.820] doesn't work necessarily for Deachins.

[38:58.820 --> 39:03.820] This won't be a great protocol for Deachins to use because Seattle would be likely high.

[39:03.820 --> 39:08.820] Uh, but it'll be a great protocol for do if you want to actually, like, utilize your crypto

[39:08.820 --> 39:09.820] without selling it.

[39:09.820 --> 39:12.820] Improve your life in a meaningful way.

[39:12.820 --> 39:19.820] Go on vacation or buy a car or, or, or, you know, um, I don't know.

[39:19.820 --> 39:22.820] Buy a second home, I don't f*ing know, like, whatever you want to do with your money, your

[39:22.820 --> 39:23.820] money.

[39:23.820 --> 39:24.820] You don't know what you want with it.

[39:24.820 --> 39:27.820] This, actually, you could do like, I feel completely confident if I wanted to buy a house and I

[39:27.820 --> 39:30.820] didn't want to sell my crypto to do it, which why the f* would I want to do that?

[39:30.820 --> 39:35.820] I would totally just use this system and get a bunch of Bitcoin and I would take it alone

[39:35.820 --> 39:37.820] and I would buy my overtime.

[39:37.820 --> 39:45.820] And whether it be in six months or 12 months or 100 years arbitrarily, any time I wanted

[39:45.820 --> 39:47.820] to do it, it didn't matter.

[39:47.820 --> 39:48.820] It didn't matter.

[39:48.820 --> 39:51.820] I mean, it's, it's, it's the freeing thing.

[39:51.820 --> 39:55.820] We don't even have in CFI or DeFi right now.

[39:55.820 --> 39:56.820] Yeah, exactly.

[39:56.820 --> 40:01.820] This is, this is, this is really mind blowing, to be honest, man.

[40:01.820 --> 40:03.820] Like, I never even thought about it this way.

[40:03.820 --> 40:06.820] Thanks a lot for all the questions and I'm going to keep listening.

[40:06.820 --> 40:08.820] So, um, thanks.

[40:08.820 --> 40:10.820] Yeah, no worries.

[40:10.820 --> 40:11.820] Then blue.

[40:11.820 --> 40:12.820] Good to see you again.

[40:12.820 --> 40:14.820] Hey, what's going on, Odin?

[40:14.820 --> 40:17.820] I don't know if it's just me, but every now and then you're, you're cutting out a little

[40:17.820 --> 40:18.820] bit.

[40:18.820 --> 40:21.820] So I don't know if it's a discord thing or a microphone thing, but I can still understand

[40:21.820 --> 40:22.820] what you're saying.

[40:22.820 --> 40:23.820] So hopefully you can hear me.

[40:23.820 --> 40:24.820] Okay.

[40:24.820 --> 40:25.820] Hopefully it's, I know.

[40:25.820 --> 40:27.820] Is anybody else had that same problem?

[40:27.820 --> 40:29.820] You're the same problem he's talking about.

[40:29.820 --> 40:30.820] Yeah.

[40:30.820 --> 40:31.820] I'm here.

[40:31.820 --> 40:32.820] Dammit.

[40:32.820 --> 40:34.820] I don't know what to do though.

[40:34.820 --> 40:35.820] All right.

[40:35.820 --> 40:36.820] We'll keep on going.

[40:36.820 --> 40:39.820] Yes, it's still, it's not so bad that we can't understand you, but.

[40:39.820 --> 40:44.820] I was curious to know a little bit more about the, the circuit breakers.

[40:44.820 --> 40:47.820] The original circuit breakers.

[40:47.820 --> 40:53.820] I understood it would trade off the risk of liquidation for the risk of collateral getting

[40:53.820 --> 41:00.820] stuck stuck in the event that there's a panic and ruin is minted up to the $500 million cap.

[41:00.820 --> 41:03.820] And that circuit breaker.

[41:03.820 --> 41:09.820] Got that Freddie Reynolds guy on Twitter to admit that the, the design was safe.

[41:09.820 --> 41:15.820] Which frankly, I know, you know, we shouldn't care too much what people on Twitter think, but Twitter's immensely powerful.

[41:15.820 --> 41:18.820] So I thought that actually was a big win.

[41:18.820 --> 41:26.820] Can you talk a little bit more about the new circuit breaker that you mentioned on the thread today and why that's better.

[41:26.820 --> 41:27.820] Yeah.

[41:27.820 --> 41:28.820] So.

[41:28.820 --> 41:30.820] The circuit breaker.

[41:30.820 --> 41:35.820] Gives a lot of people the sense of like warmth and protection.

[41:35.820 --> 41:41.820] Right. Like, oh, this thing won't, we won't see terror and Luna because it's capped at $500 million.

[41:41.820 --> 41:44.820] It's all comfy, cozy and warm and cuddly.

[41:44.820 --> 41:45.820] Right.

[41:45.820 --> 41:47.820] And I understand what people think that.

[41:47.820 --> 41:52.820] But the problem with the circuit breaker and its original design is that it actually did the opposite.

[41:52.820 --> 41:56.820] It's like in, in Tara Luna's case.

[41:56.820 --> 42:05.820] Um, Dokwan in, in the LFG bought up, I think it was like $6 billion worth of Bitcoin to back UST. Right.

[42:05.820 --> 42:13.820] And to everybody looking at it for, you know, service level perspective, it's like, Oh, yeah, you know, it was back by Bitcoin.

[42:13.820 --> 42:16.820] UST is more, more safe now than it was yesterday.

[42:16.820 --> 42:18.820] The reality is actually the opposite.

[42:18.820 --> 42:23.820] And the reason why it's the opposite in that case is because once things start going bad.

[42:23.820 --> 42:27.820] You have to be the first one to leave to get one of some of that Bitcoin.

[42:27.820 --> 42:29.820] That's protecting the peg.

[42:29.820 --> 42:30.820] Right.

[42:30.820 --> 42:39.820] If you wait too long after the Bitcoin goes off the window, then then your up s*'s f*ing creep because the value of the Bitcoin is far smaller than the value of the UST in this case.

[42:39.820 --> 42:42.820] And so it creates a rush for the door.

[42:42.820 --> 42:45.820] Right. It's there to protect people so that they don't rush for the door.

[42:45.820 --> 42:47.820] So like, Oh, people, they all have the big ones.

[42:47.820 --> 42:48.820] They're protecting me.

[42:48.820 --> 42:49.820] I don't need a worry.

[42:49.820 --> 42:50.820] I don't need a panic.

[42:50.820 --> 42:56.820] But in reality, it creates the opposite effect because there's only so much Bitcoin that exists and there's a lot more UST.

[42:56.820 --> 43:00.820] So people like, I better be first in line because if I'm not.

[43:00.820 --> 43:01.820] Right.

[43:01.820 --> 43:05.820] So that creates the mad rush that you're trying to avoid to be.

[43:05.820 --> 43:18.820] And then so on the original design of the circuit, it created the same effect, meaning that if I have a loan that's open and a few loans close and we're getting closer to that 500 million cap.

[43:18.820 --> 43:22.820] But we're not quite there yet. We're, you know, in the room.

[43:22.820 --> 43:25.820] I better close my loan now.

[43:25.820 --> 43:27.820] It might be late.

[43:27.820 --> 43:29.820] And then I won't be able to close my loan at all.

[43:29.820 --> 43:35.820] And then I'm just like, I lost my collateral and I, in life s* and I just got a form of liquidated.

[43:35.820 --> 43:36.820] Right. In a sense.

[43:36.820 --> 43:39.820] It would cause the panic that you're trying to stop people from panic.

[43:39.820 --> 43:40.820] Right.

[43:40.820 --> 43:47.820] The number one thing we get to do for lenders for, excuse me, for borrowers is to make sure that they always know that you can get your collateral back.

[43:47.820 --> 43:53.820] But there's no case, no case scenario where you will not get your collateral back as long as that.

[43:53.820 --> 43:56.820] As long as that.

[43:56.820 --> 43:58.820] Sorry.

[43:58.820 --> 44:01.820] Kyle's giving me some tips on how to fix my audio, I think.

[44:01.820 --> 44:08.820] I'm going to determine input levels and drag the slider all the way down.

[44:08.820 --> 44:09.820] All right.

[44:09.820 --> 44:10.820] I'll try that.

[44:10.820 --> 44:18.820] The gear I got next to your profile pick on the bottom left.

[44:31.820 --> 44:32.820] That talks.

[44:32.820 --> 44:36.820] Chad talks so fast, the algorithm can't keep up.

[44:36.820 --> 44:43.820] Turn off the automatic sensitive and then just turn it down like that.

[44:43.820 --> 44:46.820] That better.

[44:46.820 --> 44:47.820] Perfect.

[44:47.820 --> 44:51.820] Okay. All right.

[44:51.820 --> 44:58.820] All right. So in our case, like the number thing, the number one thing we have to do to make sure that lending doesn't like, you know, crash and burn.

[44:58.820 --> 45:07.820] And this is my opinion is to make sure that anybody who has a low note that they don't fear, there's no fun event that they can't get back their collateral.

[45:07.820 --> 45:08.820] Right.

[45:08.820 --> 45:16.820] And the problem with the circuit breaker is it creates that fun event, because people are saying, Oh, if I don't get out now, I won't be able to get out later and I won't be able to get my collateral back.

[45:16.820 --> 45:18.820] That was the problem that I always have a circuit.

[45:18.820 --> 45:20.820] It actually made it more likely that lending would fail.

[45:20.820 --> 45:25.820] And it would also increase the supply of room as people think it's going to be counter.

[45:25.820 --> 45:27.820] It's more it's counterproductive.

[45:27.820 --> 45:32.820] So the change we've made myself and others of the devs.

[45:32.820 --> 45:39.820] To the circuit breaker is before when we hit that 500 million calf circuit breaker would be triggered.

[45:39.820 --> 45:48.820] And then we would eventually over a long period of time, like we maybe have cut out like 10% of the system income of the network and slowly burn root over a long over like no more.

[45:48.820 --> 45:49.820] No new loans are open.

[45:49.820 --> 45:50.820] Just just loans are closing.

[45:50.820 --> 46:03.820] We just like cancel and sunset the feature itself. And we just like over a long period time, it's like 10% of the income of the network and then like paid and burn room, which creates space for people to leave and closer loans.

[46:03.820 --> 46:13.820] And so instead of doing that, the idea is that like if we ever hit that 500 million cap, that instead of, you know, we would again not allow new loans to be opened.

[46:13.820 --> 46:25.820] So it's just like sunset, the feature is not working the way we want it to work. And instead, we just kind of borrow from the reserve, right, the reserve just paid like if somebody wants to leave the reserve just pays for it, you know, effectively.

[46:25.820 --> 46:41.820] In that way, the people who are borrowed, you know, loans, whatever, they can still leave whenever the f* they want without any concerns, even even after the triggers is hit, they still feel confident that they can get their collateral back.

[46:41.820 --> 46:47.820] And in which case, now that we've removed the sense of some sort of fun event where we all look, sir, break his head and everybody's f*ed.

[46:47.820 --> 46:57.820] Like we've removed that kind of thought of kind of mentality. And now just like, no, it doesn't really matter. The circuit breaking his head or not. You're still, your loans still valid. Your loans still good. You can still get back a collateral. Who cares.

[46:57.820 --> 47:00.820] Doesn't matter to you. All that really means is like new loans won't be opened.

[47:00.820 --> 47:10.820] What do you do? And so we don't ever create that fud and that fear in people's minds about their loan. Right. That's the most important thing.

[47:10.820 --> 47:14.820] Got it. That makes makes a ton of sense.

[47:14.820 --> 47:31.820] Just one kind of follow up question since I brought up Twitter, but that food bar guy also for whatever reason doesn't like Thor chain and he posted the other day and then the Thor chain account kind of responded and said, you know, have you even read the new design and

[47:31.820 --> 47:41.820] then he deleted his post. So I'm just curious if if anyone's been successful kind of behind the scenes reaching out to him to try to get him to stop spreading FUD as another.

[47:41.820 --> 47:56.820] I mean, no one's to speak to him directly from my knowledge, but I mean, just like a general statement that like what we're doing here is categorically different. It's highly experimental.

[47:56.820 --> 48:11.820] You have to be honest, is an experimental lending design that nobody's ever attempted before. It is structurally very different. Right. So, when, when Elon must launch Tesla, technically he didn't launch it.

[48:11.820 --> 48:25.820] He bought it. And he, whatever. But, but everybody kind of like, flooded the idea of an electric car. Right. Like, Oh, there's, they're so pussy. They don't have that like, you know, that that revving engine and they're so slow and they're.

[48:25.820 --> 48:36.820] And they would never be able to go very fast or very far. This all is f*ing funny. Experts in the field of automobiles would would flood the s* out of Tesla. Right.

[48:36.820 --> 48:50.820] Because it has a new concept, a tire new paradigm of how we think about how we design and build cars. And so people who are in the device space have been in it for years.

[48:50.820 --> 49:01.820] Might look at this design, say this thing is just crazy. This thing is nutty. This thing is completely different than anything else we've seen before. It must be bad. It must fail. It must be, you know, whatever.

[49:01.820 --> 49:10.820] Just because somebody's an expert in defying doesn't mean they understand this concept, how it structurally works, or whether or not it will or will not work.

[49:10.820 --> 49:23.820] I can't say with any kind of honesty that this thing will or will not work because I don't f*ing know. The only way we can actually know what this thing actually works on is by putting into the wild and what the free market, you know, do what it does.

[49:23.820 --> 49:37.820] And it will determine whether or not this thing works or doesn't work. That's the only way you can go ahead and put it on f*ing maps and f*ing economic design studies and theories and f*ing simulations.

[49:37.820 --> 49:50.820] You're going to do that all f*ing day. But in the end, it just tells you what is mathematically possible, but not what is actually real, right? We spent many times trying to validate economic designs in the past.

[49:50.820 --> 49:54.820] And it ended up being a huge waste of f*ing time because it's a tolerance that we already f*ing knew.

[49:54.820 --> 50:04.820] And in the end, the only way to know whether or not Thor Chain's slit based fee model works or any of these things is just by throwing it in the f*ing wild and seeing how it performs, right?

[50:04.820 --> 50:14.820] That's the only way we can do it. There's no other way. You can't ask f*ing Reynolds. You can't ask Food Bar. You can't ask me and you can't ask anybody else because nobody f*ing knows the answer to this question.

[50:14.820 --> 50:21.820] The only way you can find the answer to this question is just by trying it out and experimenting with different ideas and concepts.

[50:21.820 --> 50:35.820] That's what makes DeFi so much better than CFI is that we have the space to freely experiment and try new ideas and not all of them are going to work. Some are going to fail. And that's okay. That's actually a great thing.

[50:35.820 --> 50:40.820] We've now learned something really important we didn't know before because this thing failed, like UST for example, right?

[50:40.820 --> 50:53.820] We learned something very important in those scenarios as well. So I don't really care so much whether or not Food Bar or Reynolds or TBR or anybody for that matter likes it or doesn't like it.

[50:53.820 --> 51:01.820] They're welcome to study it. They're welcome to comment on it. I'll be happy to answer questions and share my two cents and they can share their two cents and those two cents are basically equal, right?

[51:01.820 --> 51:13.820] They both do go through since, but we don't really know what's actually going to be real. We're actually going to work out until we actually f*ing try it. And I think because this lending design is so revolutionary and that what it provides for humanity is so significant.

[51:13.820 --> 51:24.820] It's worth f*ing trying it out. It's certainly worth it. It may not work, but it's f*ing worth it. Right. And at the worst case scenario, we meant 15 million room from the from what we burned from the kill switch.

[51:24.820 --> 51:34.820] What the f* can do? It was definitely worth the try. So, you know, in the end, Food Bar can say what he wants, but he has a no jack s* and then has anybody else for that matter.

[51:34.820 --> 51:38.820] The only way to actually know this in the works is just put it out into the world and see what happens.

[51:38.820 --> 51:53.820] Yeah, I agree with that, but, you know, I would just counter that, you know, some guys are extremely influential and, you know, if you, if, if all of a sudden everyone started fighting Ave for some illegitimate reason, right?

[51:53.820 --> 52:00.820] It could, it could suffer a death tomorrow. If everyone was just like, take all your money out, sell the token, everything.

[52:00.820 --> 52:17.820] That's an unfortunate reality. All I'm saying is just, you know, if, if, and a lot of those guys aren't open minded, but some of them may be, you know, it certainly doesn't hurt to have someone like that, at least acknowledge that it's not susceptible to a death spiral

[52:17.820 --> 52:27.820] like, like that Freddy guy did. And, you know, it's worth trying someone hasn't, even though some of those guys are completely stubborn and close minded.

[52:27.820 --> 52:36.820] Right, but even like the idea of a death spiral, like this is something that's just thrown around in the industry all the f*ing time now just because of terror and other things.

[52:36.820 --> 52:49.820] Right. Despiles are actually very difficult to accomplish. Right. Despiles, the only actually occur when there's some pressure to take an action like sell an asset, for example, and the action of selling the asset increases the pressure doesn't decrease the pressure to sell the asset.

[52:49.820 --> 53:06.820] That's when you have death spirals. Most of the time we see like spirals all the time within, within crypto right reflexivity, right, but most of the time it's it like spirals internally, not externally to like, it starts from some point and go smaller than eventually it stops.

[53:06.820 --> 53:16.820] Versus a death spiral is when it starts from point in a spiral is outward, and there's no, there's no place that it stops, just keep on the spine outward and outward and outward until just everything goes to zero.

[53:16.820 --> 53:21.820] Those things are very rare and actually pretty hard to accomplish in crypto in general.

[53:21.820 --> 53:37.820] Reflexivity happens all the time in many designs and like this design has reflexivity for sure, but it doesn't have that type reflexivity that expands out it's type of physics expands into it until it stops with itself.

[53:37.820 --> 53:41.820] Cool gotcha appreciate your time.

[53:41.820 --> 53:52.820] Oh, sorry, I was double muted. How are you doing?

[53:52.820 --> 54:08.820] Great. Just had a quick question going back to the stable coin. So you mentioned the median, it takes like the median. So it makes it very hard so that if you manipulate or, or try to manipulate or if one stable point fails for some reason, then it shouldn't affect.

[54:08.820 --> 54:22.820] 14, I'm just wondering, where is the list of like, is there an allow list for stable coins, because just I see the potential attack vector of with adding multiple EVM chains.

[54:22.820 --> 54:44.820] Okay, now on a vaccine, we only have us DC, but say I start creeping in a couple like a bags of us D a bags of us D to eat the B USD and I start just like spamming or spawning new pools that are very low liquidity, then couldn't I affect the median with like not a lot of capital.

[54:44.820 --> 55:02.820] Do you know what I mean? Yes. Yes, you can, if you have a bunch of stables, and they're each like, you know, 100 room deep. Each of these pools are very, very shallow. We'd never be this deep, this shallow, but I'm just taking it to an extreme to explore your your question.

[55:02.820 --> 55:16.820] It wouldn't cost very much money to manipulate those prices to push the tour price up or down in one direction or the other. Right. Yeah. But the way that the virtual pool works is that it doesn't matter the depth.

[55:16.820 --> 55:27.820] It just matters the price change. Right. So if you push the price of multiple pools from $1 down to 20 cents, I'll just say to manipulate the price.

[55:27.820 --> 55:32.820] It doesn't matter if if you used a billion dollars to do this or $100 to do so.

[55:32.820 --> 55:37.820] The virtual pool that would would then drop significantly because of that.

[55:37.820 --> 55:50.820] Right. Like a virtual pool that would be so shallow that any attempt to repay your loan in that scenario would be so expensive in fees that you would you would get, you know, you would get wiped out in the sense.

[55:50.820 --> 55:58.820] So, like, it doesn't really matter so much that the pools are shallow or not. Yes, you could be deep at the price of those pools, which that's fine.

[55:58.820 --> 56:10.820] But by doing so, you would actually manipulate the virtual pool depth to be so shallow that it wouldn't, wouldn't be, wouldn't be viable, wouldn't be, you know, a means to profit.

[56:10.820 --> 56:24.820] Yeah, I get that, but you would get right on the slippage, but you could still affect the network solvability in terms of lending. No, because you affected the median price at which door is based on.

[56:24.820 --> 56:30.820] Well, no, you wouldn't. So in that scenario, say you had a $10,000 loan.

[56:30.820 --> 56:45.820] Your bitcoins were $10,000 and you got a $5,000 like debt. Right. And then you wanted to, instead of paying back $5,000, you wanted to pay back, you know, $1,000 and fully get your $10,000 back.

[56:45.820 --> 56:57.820] To do so, you'd have to manipulate the tour price and push it down, right, you would like change the tour price from a dollar to, you know, 20 cents or something like this, right? Yeah.

[56:57.820 --> 57:03.820] But then you pay back that $1,000, right? Well, I successfully manipulated the price.

[57:03.820 --> 57:13.820] If I pay back, you know, $1,000 worth of the network will register as $5,000 and I've just, and I've just price manipulated and got away with, got away with murder in a sense.

[57:13.820 --> 57:28.820] Because the virtual pool has become so shallow, you pay that $1,000, the network will only actually receive, you know, maybe $30 of it, because the other, you know, $970 was eaten up in fees.

[57:28.820 --> 57:35.820] Right. So now you're actually only paying back, you know, $30 instead of $1,000 and so then you get kind of f*ing wiped out.

[57:35.820 --> 57:45.820] So as long as the fees that you're being being paid are greater, you've reduced the price by 5x. And so you're paying 5x less to pay back your loan.

[57:45.820 --> 57:54.820] So if you pay back a thousand and then you receive 5x less than that, so let's just call it like, you know, $250.

[57:54.820 --> 58:07.820] As long as the network only receives $250 in that transaction, everything's on the level, right? Because you pay enough in fees that you're not paying enough that you're still not profiting from the scenario.

[58:07.820 --> 58:19.820] You see what I mean? Yeah, I'll have to read again. But yeah, I see that. And then say we say that the pool that doesn't matter. But if it is pretty deep.

[58:19.820 --> 58:33.820] And then, so I'm just trying to think I'll love here. Say, would Thor be Thor's security or the security model of the lending protocol be kind of dependent on the arbitrage bots.

[58:33.820 --> 58:40.820] Say, I'm not saying that, but say on the USDC pool, I think there are only like two or three entities are being the pool.

[58:40.820 --> 58:49.820] Would that mean that if, if in total, there are only five are bots manager and they kind of collude and stop are being the torching pools.

[58:49.820 --> 59:03.820] If the pool are deep, would then that affect the security of the lending protocol? If they all say, okay, we stop are being those pools to try and manipulate the price of all the stable coins at once.

[59:03.820 --> 59:12.820] Yeah, well, so let's imagine that your statement is true that there's only three are bots for Thor chain, right? That doesn't really matter so much.

[59:12.820 --> 59:22.820] Because if you wanted to open up a loan and manipulate the price, I want to push the price of Bitcoin from $16,000 to $200,000, right? So I dump in huge quantities of room.

[59:22.820 --> 59:28.820] I get pulled out major quantities of Bitcoin successfully manipulate the price of $200,000 Bitcoin price.

[59:28.820 --> 59:39.820] It doesn't matter if it's those three people that are doing or just you just signing into the Thor swap UI and making a trade in the reverse direction and pulling out, you know, putting in one Bitcoin.

[59:39.820 --> 59:45.820] That's apparently worth $200,000 for some f*ing reason, and then pulling out large colonies of room on the other side.

[59:45.820 --> 59:54.820] Like the market itself doesn't have to do it like specifically these three bots or whatever the number is anybody in the world can do it.

[59:54.820 --> 01:00:08.820] But you're right, you're right, in the sense that if there is some sort of price manipulation that occurs, right, and that nobody arms back, right, for some f*ing reason I don't know why we've never seen that happen any of them before, but let's just imagine that's true.

[01:00:08.820 --> 01:00:22.820] Then what happens is that the loan would go out, and people would see if they're Thor, you know, eventually their USDC and whatever the debt they receive, whatever that asset is.

[01:00:22.820 --> 01:00:26.820] But even that's going to be subject to delayed outbounds, right.

[01:00:26.820 --> 01:00:36.820] And so if you open up some significant price, you spend millions of dollars in the Bitcoin price, dumping in room, taking out Bitcoin, paying huge amount of fees to do so.

[01:00:36.820 --> 01:00:47.820] You take up some massive loan to like, you know, to open up a major loan where you're getting out a lot more in debt than you actually put it in value in Bitcoin in reality.

[01:00:47.820 --> 01:01:02.820] And there's going to be some sort of like massive delay up to an hour on your up on transaction to receive the USDC on the other side, which gives the community time to like, you know, we'll have monitors and things like the, well, alert the community and discord of like, oh, hey, there's a loan that went out.

[01:01:02.820 --> 01:01:07.820] We put in one Bitcoin, which is market price is 16,000, but the pool price is 200,000.

[01:01:07.820 --> 01:01:10.820] And they got out $150,000 with the debt.

[01:01:10.820 --> 01:01:13.820] And like, that would just set off alerts and monitors and all these things.

[01:01:13.820 --> 01:01:18.820] And we can just like pause the chain and say, all right, there's somebody's f*ing around with the system.

[01:01:18.820 --> 01:01:21.820] You know, we could protect it before funds are even gone out.

[01:01:21.820 --> 01:01:22.820] Right.

[01:01:22.820 --> 01:01:31.820] Yeah, but now you're talking about the Bitcoin price, but am I able to, I'm not saying it would make sense, but could I take out a loan on any of the pool.

[01:01:31.820 --> 01:01:36.820] So can I provide collateral on any of the pools that are supported on tour chain?

[01:01:36.820 --> 01:01:41.820] Yeah, you can take out a Bitcoin loan or a theory loan or doge loan or.

[01:01:41.820 --> 01:01:50.820] Because then going back to the idea of maybe like creeping in a new pool, say, I think we need like 10K room for the pool to become active.

[01:01:50.820 --> 01:02:04.820] But say I'm creating each dot B USD the pool with 10K room. So that cost me like 12K dollars. And I also provide the B USD.

[01:02:04.820 --> 01:02:08.820] And then no ones are being the pool yet because it's just been created.

[01:02:08.820 --> 01:02:15.820] And then I manipulate the price to of B USD. So each B USD is worth $100.

[01:02:15.820 --> 01:02:24.820] And I'm paying myself a lot of fees. So that would never happen just because we don't allow lending on any arbitrary asset that somebody just happens to throw them.

[01:02:24.820 --> 01:02:31.820] I mean, first of all, you have to get your token approved through the ERC 20, you know, what list to actually get it added to the network in general.

[01:02:31.820 --> 01:02:41.820] But even after, even after that, like the lending would only be available on the gas assets on the layer one gas has not so much some random ERC 20.

[01:02:41.820 --> 01:02:53.820] The reason that you're that you're that you're talking about, like arbitrage is an important component to ensure that the price information that the network has about the coins price or rooms price or any of these assets is accurate.

[01:02:53.820 --> 01:02:54.820] Right.

[01:02:54.820 --> 01:03:02.820] We don't use external oracles because we find them to be unreliable and problematic inherently and much more easy to manipulate.

[01:03:02.820 --> 01:03:21.820] And for us, we just kind of rely on our own pools and we make the virtual pools extremely shallow in times of, you know, large price fluctuations of volatility of those assets to make them impractical or impossible to actually open up loans or clothes loans during those kinds of times of volatility.

[01:03:21.820 --> 01:03:32.820] Okay, that makes sense. Having the limited collateral to the gas assets or that's how I understand understood it, make it, yeah, like a million times harder to manipulate the price.

[01:03:32.820 --> 01:03:34.820] Yeah, that clearly.

[01:03:34.820 --> 01:03:44.820] There's some people in the, like, I know Pluto was arguing in the past about we should just only allow lending for Bitcoin and Ethereum and like not allowed for any other assets.

[01:03:44.820 --> 01:03:59.820] I personally just like that idea just because I don't want to pick winners and losers. I don't want the network to be. I don't want to be so much governance to pick which, which coins are the good coins and which coins are the bad coins and like, add like validators vote on everything

[01:03:59.820 --> 01:04:18.820] and all the f*ing time I just believe in minimum governance personally. So I even I kind of prefer they did just like one asset per chain, which is where the primary asset is, you know, avacs and Adam and doge and Bitcoin cash and, and Bitcoin and that kind of stuff.

[01:04:18.820 --> 01:04:19.820] Great.

[01:04:19.820 --> 01:04:21.820] Clear is that for me. Thanks.

[01:04:21.820 --> 01:04:29.820] Always.

[01:04:29.820 --> 01:04:32.820] Yeah.

[01:04:32.820 --> 01:04:38.820] So I just had I'm just trying to wrap my head around the design and it just had a few more questions.

[01:04:38.820 --> 01:04:44.820] So, like, let's say I want to take a loan and I deposit like one Bitcoin as collateral.

[01:04:44.820 --> 01:04:50.820] That Bitcoin does get deposited into the Bitcoin pool, right? Right.

[01:04:50.820 --> 01:04:56.820] So does the protocol and like the yield on it?

[01:04:56.820 --> 01:05:10.820] Yes, the anybody who is a saver or an LP in the Bitcoin pool would earn a yield from that because the person is effectively taking their Bitcoin entering the Bitcoin pool, swapping it for room the rooms coming out of the pool.

[01:05:10.820 --> 01:05:23.820] So now you have an imbalance in the pool is too much Bitcoin enough room arbitrage boss will come by moments later and correct that I'm sure the room leaves. And then if the room gets swapped to the virtual pool where the room gets burnt.

[01:05:23.820 --> 01:05:32.820] And then the Thor BDC the derived asset gets minted on the other side. And then the Thor BDC asset is the actual collateral that's used for your loan.

[01:05:32.820 --> 01:05:43.820] Okay, because what I'm trying to wrap my head around is like, I don't know, like in my head, like the protocol, like owns that Bitcoin that I deposited.

[01:05:43.820 --> 01:05:44.820] Right.

[01:05:44.820 --> 01:05:46.820] In a sense. Yeah.

[01:05:46.820 --> 01:05:58.820] I mean, that's not so much the big. It is really own the Bitcoin you deposited. It's more accurate to say that it owns the value of that Bitcoin that was deposited.

[01:05:58.820 --> 01:06:09.820] Because what I'm asking is like, okay, let's say, like, you know, my earlier example, it's 10,000 later. It's 20,000. But if I paid 10,000 back to get the Bitcoin back.

[01:06:09.820 --> 01:06:13.820] The Bitcoin is now valued at 20,000. Right.

[01:06:13.820 --> 01:06:15.820] Okay.

[01:06:15.820 --> 01:06:31.820] So how am I going? So I'm just wondering, like the network kind of like has control over that Bitcoin at that point, right? That's why I'm able to get my one Bitcoin back. That's actually worth 20,000.

[01:06:31.820 --> 01:06:45.820] Yeah, the network. Well, when you pay back your debt, the network will effectively the network will mint whatever quantity of room that I estimate in order to 20,000 dollars of value. It's like, that's why I say it doesn't actually own the Bitcoin.

[01:06:45.820 --> 01:07:00.820] The number is actually the pool owns the Bitcoin, like the Bitcoin pool is a Bitcoin that does whatever it f*ing pleases. And the network just burns the value of that birth that the Bitcoin and then it mints it back later when you repay your loan. Right.

[01:07:00.820 --> 01:07:13.820] So it has a, the network has a promise and a guarantee that it will give you back the value of that Bitcoin, whatever that value is, if it's gone to 20,000 or if it's gone down to 5,000, like, whatever happens within the Bitcoin, then the lifespan of your loan.

[01:07:13.820 --> 01:07:25.820] The network has a guarantee that it will mint to whatever quantity of room that it needs to, in order to provide you back your one Bitcoin that you gave us, you know, six months ago, or whatever the quantity of timeless.

[01:07:25.820 --> 01:07:44.820] Okay. Okay, sorry, I have one more question. So, like in the swap, you know, like how like, you know, core chains like essentially a back end. And like, you know, you can have like affiliate fees.

[01:07:44.820 --> 01:07:47.820] Is there anything in the design, like that the front end that originates the loan gets something.

[01:07:47.820 --> 01:07:55.820] There's going to be affiliate fees with the lending.

[01:07:55.820 --> 01:08:10.820] Yes, in some sense, because when you deposit your loan or when you close your loan, open your loan or close your loan, you're, you're doing some swaps doing basically a two double swaps, which affected what's actually happening behind the scenes.

[01:08:10.820 --> 01:08:30.820] The network can probably, you know, the value of those swaps like take a percentage of the value there like 10% or 10 basis points or whatever it is that the, the UI wants to do, whether or not they get a percentage of the debt of actual loan itself.

[01:08:30.820 --> 01:08:41.820] It might take some like it might take some of the collateral like you put in one Bitcoin and say it's like 10% has been taken out for affiliate feed so you actually end up with 0.9 Bitcoin.

[01:08:41.820 --> 01:08:54.820] And then the affiliate fee actually collects 0.1 Bitcoin on their loan, and then like takes part alone. That's possible, whether or not we actually do that or not, I am to be honest, I am undecided.

[01:08:54.820 --> 01:09:02.820] If I want to do that or not. But I don't know what do you think we should do it or not.

[01:09:02.820 --> 01:09:21.820] Like what I had in my head at first was like, kind of like this, a situation where like when you deposit like your collateral, like somehow like it enters as an LP and like the protocol like sort of like owns the collateral and parents yield on it.

[01:09:21.820 --> 01:09:28.820] And so you could split that yield with the front end that originated the loan.

[01:09:28.820 --> 01:09:34.820] Yeah, I mean, there was the original design of Thorify had some aspects to that.

[01:09:34.820 --> 01:09:45.820] But we can't do that now in the current design. The reason why that is because the value for the protocol to do learning at all.

[01:09:45.820 --> 01:09:53.820] The reason why it's valuable for the learning protocol to even exist is that it creates a buy and burn pressure of the root asset.

[01:09:53.820 --> 01:09:58.820] So we're going to we're going to people are going to sell Bitcoin to buy room to open up a loan.

[01:09:58.820 --> 01:10:04.820] So you're creating by pressure of the room asset, and you're also burning a whole bunch of room.

[01:10:04.820 --> 01:10:23.820] And that's good because it causes the room price to go up, right? It creates upper pressure on the room price, which is great because it caused the bond and the pool to scale because the bond is about the dollar value of all the room in the network

[01:10:23.820 --> 01:10:37.820] and the bonded network. And by buying and burning room, the value of all that room goes up by some small percentage and then the total dollar value of the bond is no, no higher than it was the block before.

[01:10:37.820 --> 01:10:44.820] So that's the point of the value of it. That's why we want to do it because it helps us scale the network has to scale the bond scale pools.

[01:10:44.820 --> 01:10:52.820] And by doing so, you also scale the trading volume because everything's deeper, which means the fees are cheaper, which means more trade volume will come through because of that.

[01:10:52.820 --> 01:11:02.820] And so it's all about like scaling network. As soon as you try to talk to that collateral and like put it into the pools and then earn a yield and split that yield with the affiliates and all this kind of stuff.

[01:11:02.820 --> 01:11:08.820] Well, now you're solving a different problem. Now you're trying to scale, not the bond, but you're trying to just, you know, increase the depth of the pools.

[01:11:08.820 --> 01:11:22.820] And I think we already have a solution for that part. I think the savers design is probably going to be the solution to that problem. Like, especially later on, once we get out of this bear market and people are actually, you know, wake up and look around and see what's actually happening in the industry.

[01:11:22.820 --> 01:11:39.820] I think the savers product will scale the depth of the pools as much as we need to. And I think integrations will scale the volume as much as we need to the work we're doing with, you know, various taxes and while integrations and such.

[01:11:39.820 --> 01:11:52.820] And we haven't really quite figured out a really strong way to scale the bond yet. And that's putting the most difficult thing to solve for us. We tried all sorts of things we've been thinking about different designs implementation ideas for years.

[01:11:52.820 --> 01:12:08.820] Nothing was quite all that s*y. The best idea we've had thus far was just to do like bonded providers were multiple friends can come together and, you know, bond to the same node and, and then we're doing together collectively and earn yield and that's, you know, that's pretty good.

[01:12:08.820 --> 01:12:22.820] There's a lot of nodes that have multiple bond providers today. But it doesn't really quite give you the level of scalability that we really want to see. Right. And I think thus far unless anybody else has a better idea.

[01:12:22.820 --> 01:12:32.820] This lending design is the best thing to scale the bond that we have this part just because it's going to create such a massive amount of buy and burn pressure on the root asset.

[01:12:32.820 --> 01:12:40.820] Even if you're not a room person like if you're a Bitcoin maxi and you want to three x long your Bitcoin position because you just love Bitcoin so much.

[01:12:40.820 --> 01:12:48.820] And you can do that on this network. You don't even know that you're actually contributing to the room price. You just, you just need to think you're through x long your Bitcoin position which you are.

[01:12:48.820 --> 01:12:54.820] But you're also, you know, create a lot of buy pressure and a lot of burning of the root asset by doing so.

[01:12:54.820 --> 01:13:03.820] And so by offering such a remarkably good lending design was amazing attributes and characteristics that.

[01:13:03.820 --> 01:13:20.820] That amazing instrument will just create, I think, well, my intention, my hope is it creates a massive amounts of buying burn pressure of the ruin asset, which will cause the value of room to go from $1.28 to whatever it is now to some, you know, higher number into the future.

[01:13:20.820 --> 01:13:30.820] Right, like, I think like Luna scaled so fast with $100 and very short period of time, just because of the buying burn pressure of the USC like that.

[01:13:30.820 --> 01:13:33.820] That's why it exploded so quickly.

[01:13:33.820 --> 01:13:42.820] Right, people wanting to get that 20% fixed rate, delicious yield and greed came into play and people just wanted to get their yield.

[01:13:42.820 --> 01:13:52.820] Meanwhile, after actually offering a valid or real product like that wasn't going to be stable or, or, or, you know, at all, nobody thought that it would be.

[01:13:52.820 --> 01:13:57.820] But in this case, we're not doing some sort of weird Ponzinamics, you know, thing like UST was doing.

[01:13:57.820 --> 01:14:11.820] Here we're actually providing an actual real service, like an actual real product that actually really allows people to take out like sustainable low risk loans to be able to empower and improve their line is like that's obviously structurally much different.

[01:14:11.820 --> 01:14:27.820] And so I, so the mechanism of this buying burn pressure is comes from legitimacy, not from some sort of like, you know, 100,000% APY bulls* f*ing nonsense that they gets thrown around and people get excited about.

[01:14:27.820 --> 01:14:33.820] But by actually providing a real product with the real service that actually provides real value to the world.

[01:14:33.820 --> 01:14:42.820] You know, you know, it's crazy like I just keep trying to wrap my head around it. It's just crazy.

[01:14:42.820 --> 01:14:46.820] Like, no good job to doing it.

[01:14:46.820 --> 01:14:55.820] It's not it's not a simple thing. None of these sort of ethics have ever been simple. They aren't quite complicated because they're difficult. They're not easy things to do.

[01:14:55.820 --> 01:15:08.820] Like, Thorify, the original Thorify took myself and somebody else, you know, almost nine months or 10 months to create before we actually floated something to the industry to the community. And that was like 10 months ago.

[01:15:08.820 --> 01:15:17.820] And we within that we had like, maybe, I think like 10 or 11 different implementations of Thorify before the we actually floated to the community.

[01:15:17.820 --> 01:15:30.820] And then Tara happened and everybody funded the Algos table design aspect to that design and then just created all this like, you know, delays and just resistance and just kind of broke it.

[01:15:30.820 --> 01:15:36.820] Like the community was in support of it and then all this and terror died and never sent all this and everybody was against it.

[01:15:36.820 --> 01:15:44.820] And so we had to come up with a new design that was, you know, different, but still accomplishes the goals of trying to scale the network.

[01:15:44.820 --> 01:15:54.820] You know, of this idea, the savers and the idea of lending, savers being like single asset yield, lending being like, no liquidation, no interest, you know, no expiration loans.

[01:15:54.820 --> 01:16:07.820] You still want to accomplish those two tasks and be able to do that in a way that was chain agnostic. They could do a big one, you can do with dope, you can do with Ethereum and do that in a way that nobody else in the entire industry could even touch.

[01:16:07.820 --> 01:16:26.820] Nobody can touch what we're doing. Like, that's, that's undoubtedly, you can't even argue against that. Like, no, what we're doing in this project, with our AMM, with our savers, with our since, with our lending design, with our even our older books like nobody in the industry is poised to even f*ing remotely touch it.

[01:16:26.820 --> 01:16:40.820] Like, nobody. They have all coded themselves into some f*ing corner of economic insecurity and picking a particular ecosystem. They're all kind of f*ed in some way, former shape.

[01:16:40.820 --> 01:16:54.820] We are structured in a way that's like, we can move out in expanded ways that nobody else can even remotely come close to what we can do, which makes me very bullish on the project, just because like, you know, it takes us a longer time to do things because we're doing as much more complex.

[01:16:54.820 --> 01:17:05.820] But in the end, I mean, I can't imagine we don't win just because what we're providing is much valuable, much more valuable than anything else anybody else is doing in this space.

[01:17:05.820 --> 01:17:15.820] So, and that's like, I don't even think you can reasonably argue against me on this, like, who the f* else is doing cross chain swaps, who else is doing single asset yield on any asset that you're choosing pretty much.

[01:17:15.820 --> 01:17:29.820] Who the hell is this going to require, like, do, you know, no liquidation loans and no interest rates like f*ing nobody's doing that s*. Like, it's not a single person in the entire industry was even remotely even attempting to do that s*, let alone doing it.

[01:17:29.820 --> 01:17:44.820] Like, we are so far ahead of everybody else. I was just joking on Ivan Nantake, I did interview yesterday, Ivan Nantake, he's talking about Mev. I'm just like, dude, people in the world are just still debating about whether or not Mev is good or not. And obviously, it's f*ing stupid.

[01:17:44.820 --> 01:17:54.820] Obviously, it's terrible. f*s the s* out of every LP in the f*ing industry. Mev is f*ing awful. The fact that we're having an intellectually dishonest discussion about whether or not Mev is good or not is f*ing ridiculous.

[01:17:54.820 --> 01:18:04.820] We solved that problem f*ing three years ago. Like, we are so far ahead of everybody else in the industry is not even f*ing laughable anymore.

[01:18:04.820 --> 01:18:18.820] I don't think anyone can argue with thought chain and I don't even think you realize like the potentials of like, thought chain because like, from my point of view, I remember the first time I was on a Twitter space.

[01:18:18.820 --> 01:18:30.820] And I think it was chapter who stint. And like, when I kind of like heard more about fortune, I'm like, Oh, wow, like, I can spin out a credit card out of this.

[01:18:30.820 --> 01:18:45.820] And it's incredible that, you know, like the infrastructure like crypto wise that fortune like puts out there. That's gonna like, fortune is going to be the back end of the crypto revolution.

[01:18:45.820 --> 01:18:58.820] Like, people don't understand it, but it's kind of like how, you know, like in the world today, yeah, like, you know, the dollar is number one, but you know, you have the pound, you have other currencies.

[01:18:58.820 --> 01:19:17.820] And it's kind of like the BIS, the Bank of International settlement that kind of like, no one knows exists, but that's where every cross currency thing happens. I kind of like just see for chain as that back end that enables a lot of things that no one ever thought was possible

[01:19:17.820 --> 01:19:30.820] like, thought change is incredible, the yield aspect, the fact that this for fireland and it's actually more profitable to the protocol that the person doesn't pay back his loans than that he does.

[01:19:30.820 --> 01:19:32.820] No, come on.

[01:19:32.820 --> 01:19:36.820] Yeah, there's just a lot that can be built on top of fortune. Yeah.

[01:19:36.820 --> 01:19:41.820] I think it's going to take a while for the industry to like figure out what's going on here.

[01:19:41.820 --> 01:19:52.820] And every time we do something in the fortune project. Everybody always floods the s* out of it. Like, it's like, even in the earliest days of like doing crushing events like everyone's talking to a killer.

[01:19:52.820 --> 01:19:54.820] There's a CTO nine rooms.

[01:19:54.820 --> 01:20:01.820] And he used to tell me, I look, when he first heard about torture, he thought it was bulls*. Like, he thought like, that's not even possible what they're describing what they do.

[01:20:01.820 --> 01:20:15.820] Like, even hating himself from Uniswap f*ing s* on it. And said it was, oh, either the whole thing is completely broken or the whole thing's a scam. It's just like, he had no idea that was even possible to do just the AMM part, just the f*ing AMM part.

[01:20:15.820 --> 01:20:16.820] Right.

[01:20:16.820 --> 01:20:24.820] And then when we expanded into the idea of like, let's just do savers, right, and since and these things like, we got funded the f* out of that s*.

[01:20:24.820 --> 01:20:28.820] Right. And now we're actually f*ing doing it. Right. Now we're actually really f*ing doing it.

[01:20:28.820 --> 01:20:34.820] Same thing as lending design. People can fight it all they want. I think it's bulls*. It would never work. And the whole thing would collapse below the wall.

[01:20:34.820 --> 01:20:43.820] I brought that s* f*ing every time I try to create something. I've literally heard every f*ing time. I don't really give a s* with people f*ing to that c* anymore, just because they say it every f*ing time.

[01:20:43.820 --> 01:20:51.820] And I'm so sick of it. And I've just been dealing with it for the last f*ing three years. And everybody's like, questioning everything I want to build.

[01:20:51.820 --> 01:20:57.820] It's just like, no, it actually works. I actually feel very confident in like the algo stable design, for example.

[01:20:57.820 --> 01:21:02.820] And everybody else f*ing hates because they're just terrified of it. I actually feel pretty confident.

[01:21:02.820 --> 01:21:08.820] But like, everybody f*ing gets terrified and they just, they say it would never work. The whole thing would collapse below the bottom.

[01:21:08.820 --> 01:21:14.820] It's like, I don't know. Maybe I'll be wrong one of these days. Like, I'm just because I'm smart. I just mean I'm infallible.

[01:21:14.820 --> 01:21:21.820] But like, but like, I'm just so tired of people f*ing questioning this s*. Just let me f*ing build it. Get the f* out of the way.

[01:21:21.820 --> 01:21:25.820] Right. If you don't believe it, if you don't think it's possible, then get the f* out of the way for somebody who does.

[01:21:25.820 --> 01:21:31.820] And if I'm wrong, I'll be wrong. And, you know, at least we'll be transparent with the whole f*ing thing.

[01:21:31.820 --> 01:21:36.820] And every other coach transparent, I'm transparent. I'll let you know what the f*ing risks are. I'll let you know what the benefits are.

[01:21:36.820 --> 01:21:43.820] I'm not hiding anything or like, just let me f*ing try it. And if you don't like it, then get the f* out of the way.

[01:21:43.820 --> 01:21:49.820] And if it's successful, then we've just f*ing revolutionized the entire industry of crypto.

[01:21:49.820 --> 01:21:55.820] And I don't even mean that sounds grandiose to say it out loud. But to be fair, it's f*ing objectively true.

[01:21:55.820 --> 01:22:00.820] We have cross-chain AMM swaps. That's never happened before in the entire f*ing industry history, right?

[01:22:00.820 --> 01:22:04.820] Like, certainly not in volume. And then we've got all this whole idea of savers.

[01:22:04.820 --> 01:22:10.820] Oh, that's whole idea of f*ing lending. This whole idea of friggin' Algo Stables.

[01:22:10.820 --> 01:22:14.820] Like, we've done all these f*ing things. Like, at least half of them we actually done an execute.

[01:22:14.820 --> 01:22:17.820] And it's f*ing works. It f*ing works.

[01:22:17.820 --> 01:22:20.820] There's no debating whether or not it works anymore. It f*ing actually works.

[01:22:20.820 --> 01:22:26.820] It savers us earning yield. Everything is great. I think it's not a significant bug we've seen thus far.

[01:22:26.820 --> 01:22:29.820] Like, it's pretty remarkable if you think about it.

[01:22:29.820 --> 01:22:34.820] So, for me, like, I think we're like f*ing years ahead of everybody else.

[01:22:34.820 --> 01:22:40.820] Everyone else is not even taking us seriously, which I don't even know f*ing why, because we're just like killing it on this project.

[01:22:40.820 --> 01:22:44.820] And we're gonna keep on shipping, keep on building things that just completely change the industry.

[01:22:44.820 --> 01:22:49.820] And people wake the f* up and realize what we're doing is just like earth shattering.

[01:22:49.820 --> 01:22:58.820] Okay. I guess that's my rant.

[01:22:58.820 --> 01:23:05.820] Any other questions or topics we want to bring up?

[01:23:05.820 --> 01:23:15.820] Loom's coming back up.

[01:23:15.820 --> 01:23:18.820] I'm just tired. Like, I'm just tired of f*ing horses*.

[01:23:18.820 --> 01:23:22.820] You know, it sounds like you're tired. You sound like you're f*ing pumped up, man.

[01:23:22.820 --> 01:23:28.820] Well, I am pumped up, but I'm also tired of like, you know, debating with people online about X, Y, and Z.

[01:23:28.820 --> 01:23:31.820] They didn't even f*ing read the design to begin.

[01:23:31.820 --> 01:23:37.820] Like, giving me, like, I know you know how to argue with you because you're starting from a place of complete ignorance.

[01:23:37.820 --> 01:23:43.820] So, I'm just reading the f*ing doc first or watch my video and then it come back to me and we'll have a conversation.

[01:23:43.820 --> 01:23:45.820] Yeah.

[01:23:45.820 --> 01:23:46.820] This is really cool.

[01:23:46.820 --> 01:23:48.820] Super excited.

[01:23:48.820 --> 01:23:50.820] Yeah.

[01:23:50.820 --> 01:23:51.820] All right, guys.

[01:23:51.820 --> 01:23:54.820] I don't think there's any more questions.

[01:23:54.820 --> 01:24:02.820] This has been an hour and a half of discussion and debates and me ranting like an asshole.

[01:24:02.820 --> 01:24:12.820] But if there's no last questions, we'll call quits here and we'll do like another one of these, like, maybe like in a month or so, or we get closer to actually launching the thing.

[01:24:12.820 --> 01:24:17.820] Which, by the way, I think we can probably launch this thing like maybe Q one.

[01:24:17.820 --> 01:24:31.820] Which would be exciting to see. I'm hoping, I think, I think you ones pretty reasonable timeframe.

[01:24:31.820 --> 01:24:38.820] Morgan said the question was your first kid word f*ing.

[01:24:38.820 --> 01:24:47.820] No, you know what?

[01:24:47.820 --> 01:24:50.820] Her first word was really more like up because she likes to be picked up.

[01:24:50.820 --> 01:24:52.820] Right, she says up, up.

[01:24:52.820 --> 01:24:57.820] But she, but she has said swear words already.

[01:24:57.820 --> 01:25:00.820] Because like she does, she has said, oh s*.

[01:25:00.820 --> 01:25:08.820] Like I like drop something or like something goes wrong. Oh s*. Like I say that just natural because I don't know why I swear so much.

[01:25:08.820 --> 01:25:09.820] It's not good.

[01:25:09.820 --> 01:25:14.820] But she's already swear. She's like a, she's like a year and a half and she's already starting to drop the S word.

[01:25:14.820 --> 01:25:15.820] F bombs.

[01:25:15.820 --> 01:25:21.820] She said, she hasn't said f* yet. She just said s*.

[01:25:21.820 --> 01:25:32.820] But I actually don't even mind that much. I know people think it's not right or whatever, but like whatever. It's a f*ing swear word who gives a s*.

[01:25:32.820 --> 01:25:34.820] Hi everybody.

[01:25:34.820 --> 01:25:38.820] Yeah, good, good chatting. I will do another one of these.

[01:25:38.820 --> 01:25:42.820] And we'll do a, I think I actually have one more thing.

[01:25:42.820 --> 01:25:46.820] There's a Twitter space is at two o'clock, which is in about 30 minutes.

[01:25:46.820 --> 01:25:53.820] But Chad, the road was doing, he's in the audience right now. I forget who he's doing it with. I kind of forgot my mind.

[01:25:53.820 --> 01:26:10.820] I don't know if we look how members, but jump on the spaces. I'll probably be there myself just to listen in or whatever, but yeah, if you could have everybody show up.

[01:26:10.820 --> 01:26:14.820] I forget.

[01:26:14.820 --> 01:26:17.820] Mock up. Yeah, there you go.

[01:26:17.820 --> 01:26:27.820] I think it's good. I think it's good. We need to get, we need to do more spaces like outside of the Thor chain community and get like new and young faces, so to speak.

[01:26:27.820 --> 01:26:34.820] Get the more people involved and engaged to learn about what the f* we're doing because what we're doing is like so important. It's actually really big deal.

[01:26:34.820 --> 01:26:35.820] It really is.

[01:26:35.820 --> 01:26:47.820] You don't have to be young faces. They can be shriveled and old. They can be any age. Any age is appropriate. That's true. I didn't mean that in a literal sense of young faces, but yes, you're right. You're absolutely right.

[01:26:47.820 --> 01:26:48.820] For sure.

[01:26:48.820 --> 01:26:55.820] But just getting more people involved. I think like Kyle and Chad Thoreau are like, overall, they're doing a really good job with that kind of stuff too.

[01:26:55.820 --> 01:27:00.820] There's always room for improvement. There's always room for expansion.

[01:27:00.820 --> 01:27:12.820] Cool.

[01:27:12.820 --> 01:27:23.820] Does anybody really decide for what I say, or I just kind of yammer on.

[01:27:23.820 --> 01:27:40.820] That might be true. That actually might be true. This is why I'm not a good public speaker, you know, because I, you know, nobody can understand what the f* I'm saying at the time.

[01:27:40.820 --> 01:28:01.820] Yeah.