# EXHIBIT H

**The following X thread can be viewed at:**
**https://x.com/CBarraford/status/164441711322068584**

**It was collected on April 16, 2026.**



**Jack Inabinet** ⬤_⬤ @JackInabinet · Apr 6, 2023
.@THORChain is ThorFi a joke?

Fundamentally butchering the interpretation of liability; you accrue, even if you haven't realized the loss. It is still an obligation!

🤡 On-chain copy pasta of @FTX_Official
🙇 Storing user collateral as $RUNE

**Liquidations**

Unique to this design, it is irrelevant if the collateral drops below the debt value because the collateral is the liability, not the debt. If the collateral goes to zero, the liability also goes to zero.

The liability is the collateral, which is stored as equity (RUNE). If the collateral value out-paces the RUNE value, then the liability increases. Liability around debt-collateral is only created when the RUNE-ASSET price drops AND the loan is paid back.

Liquidating collateral contains risk on a per-loan basis. However, it creates very poor UX (distressed sales at the bottom and liquidation cascades), and causes the user to worry about the price of an unrelated third asset: RUNE, thus is untenable to the design goals.

Thus instead of liquidations, the protocol will tolerate a small increase in RUNE supply (~15m or ~3%), before trigging a circuit breaker and permanently sunsetting the lending feature. No new loans will be created and the RESERVE will cover the remaining collateral payouts (RESERVE has ~35% of the RUNE supply). Since the loan terms never change even after the circuit breaker, it's less likely to become self-fulfilling and incentivize a rush-exit.

💬 7          ↻ 5          ♡ 11          �ili 4.8K          🔖 ⬆

**willywonka.eth** ⌐◨-◨ ✔ 🗙 @willyogo · Apr 7, 2023
We're looking at integrating TC lending at @ShapeShift and had the same thought.

Important disctinctions:
1. Unlike FTX, TC's balances are transparent
2. Unlike FTT, RUNE and thorfi tokenomics are designed to mitigate this this
3. Unlike FTX, there's a built-in safeguard to
Show more

💬 4          ↻ 3          ♡ 23          ili 1.5K          🔖 ⬆

**willywonka.eth** ⌐◨-◨ ✔ 🗙 @willyogo · Apr 7, 2023
I see your point though. Liability is accrued even before a loan is closed. Would be better to base the circuit-breaker on potential liability rather than realized.

💬 1          ↻          ♡ 5          ili 490          🔖 ⬆

**Chad Barraford**
@CBarraford

Two important things missed
1) borrowers are not price exposed to $RUNE. So a decline in $RUNE price does NOT incentivize or place pressure on borrowers to close. All the borrower cares about is "can i get my collateral back" which is detached from $RUNE's price

3:09 PM · Apr 7, 2023 · **875** Views

💬 3          ↻ 3          ♡ 22          🔖          ⬆

**Chad Barraford** @CBarraford · Apr 7, 2023
2) Like all TC features, lending is capped in the interest of safety and security. At launch this is 5m rune worth of total collateral.

💬 2          ⟲          ♡ 14          �all 404          🔖 ⬆

**Jack Inabinet** ●_● @JackInabinet · Apr 7, 2023
1) How do you not care about price if RUNE is collateralizing the loan?

2) Will the project scale? A bad idea is still a bad idea, even if you have a sufficient margin of safety in the moment.

Not a bulletproof DeFi system, just another destabilizing ponzi.

💬 2          ⟲          ♡          a|| 333          🔖 ⬆

Show replies

**FOX McCloud** @FOXY_McFOXface · Apr 7, 2023
Yes, borrowers are not price exposed to $RUNE, but confidence in @THORChain may diminish as price drops. People may then be likely to close loans to reclaim collateral. As loans close at lower rune prices more rune will have to be minted. Could this be a problem @CBarraford ?

💬 1          ⟲          ♡ 2          a|| 305          🔖 ⬆

**Chad Barraford** @CBarraford · Apr 7, 2023
Not imo. If rune price diminishes, borrowers will just ask, "can i still get my collateral back?". As long as that is true (which the design ensures), there isn't a need to run as there is no risk for them.

Maybe higher exit fees, but can be mitigated by multiple txns

💬          ⟲          ♡ 6          a|| 403          🔖 ⬆