# EXHIBIT I

**The following X thread can be viewed at:**
**https://twitter-thread.com/t/1526597142466416640.**

**It was collected on April 16, 2026.**

 **Thread Reader**

 **Chad Barraford** @CBarraford
May 17, 2022 • 12 tweets



🎧                                                🔗 Tweet    ⬆ Share ⌄    ⬇ Download ⌄

How @THORChain can succeed with an algo stable where $UST (and so many others) failed.

Thread time! 🧵 👇



$UST failed due to a cacophony of reasons. From multiple pegging mechanisms, which weren't resilient enough. Secondary markets caused the tail the wag the dog. We can even talk about collateralizing with #Bitcoin INCREASED risk.

But for this thread, let's focus on the peg

The peg, in my opinion, is the most important thing. If a peg is never broken, then there is little reason for a "bank run" to occur. I would submit that had the $UST peg never been broken, $LUNA wouldn't have seen hyperinflation.

Why did the peg break? There are a lot of reasons for this. We can talk about how the secondary markets were larger than the primary market. Or the migration from 3pool --> 4pool. Or how the burn/mint mechanism had a daily cap. Or how $UST was "top-heavy" over $LUNA.

Or how the LFG wasn't a strong enough bouncer to artificially maintain the peg. Or how the CLOB ("Centralised Limit Order Book") can dry up in an instant making it impractical for arbs to arb and close the gap.

These reasons proved how the $UST peg could (and did) break.

Let's talk about how @THORChain & its derived assets (including $TOR, its algo stablecoin) are different.

@THORChain is different than every other protocol out there due to access to layer1 assets on other chains. Its base asset $RUNE is paired w/ BTC, ETH, DOGE, BNB, USDC, etc

Because of this AMM, the network has access to an infinite amount of layer1 assets, as arbitrage bots will replace any layer1 assets that are sent out. And the slip-based fee model ensures that there will always be layer1 assets in the pools, to swap out to.

This means, that THOR.BTC (an algo-based BTC asset) can and will always be redeemable for layer1 BTC 1-to-1 (minus slip fees). $TOR (an algo-based stable coin) will always be redeemable for any layer1 stablecoin on the network (USDT, USDC, BUSD, DAI, etc).

Technically, these derived assets can exit to any asset, (ie THORBTC --> L1 ETH). It doesn't matter what the price of $RUNE is, whether it is $10k or $0.01, there is always exit liquidity to a layer1 asset of your choosing while maintaining the derived asset value (minus fees)

You might be saying "what if all the LPs leave? now there is no exit liquidity". This is actually infeasible to occur, due to @THORChain zero liquidation loans, which creates instantaneous protocol-owned liquidity. Lending is another topic, so won't go into detail here.

There are other innovations in the @THORChain design. Like dynamic virtual pools, "top-heavy" protections, compounding yield options locking assets from panic selling, yield increase in a sell-off, its ability to put the primary market in secondary ecosystems, etc

But will have to go into details on those for another thread, another time. See you in Valhalla! $RUNE



Chad Barraford

@CBarraford

#defi #blockchain #builderOfBlockchains $RUNE core dev. Opinions are my own and not financial advice.

Follow on 𝕏



🧵 twitter-thread.com/t/1526597142466416640