# EXHIBIT J

**The following X thread can be viewed at:**
**https://x.com/CBarraford/status/1604657369618808834.**

**It was collected on April 16, 2026.**

