# EXHIBIT K



**Jamie Shiller | WealthUnion**                                   30 March 2024
Hi Chad,

Hope you're having a nice weekend. I've been making some large loans with Thorchain. I asked my friend about it and he said the following:

I personally wouldn't put any collateral in there. Too high of a chance i is going to blow up at some point.

They sell half your collateral once you put it in there to buy rune. What happens if everyone pulls at same time? How do they buy your collateral back? It kind of creates a death spiral.

I think you are better off just paying market interest rate on a borrow personally on compound or AAVE.

————--

Can you please tell me how my friend is wrong?



**Chad Barraford (No DMs)**
Well, it is a new lending design that needs time in the real world to be validated. So it's fair to be cautious.

But clearly his understanding of the protocol design is not very good. There are mechanisms to protect again things like price manipulation and bank runs. In that scenario fees increase the harder the run is. The protocol uses the weight of a bank run against the back run making it more and more expensive to exit.

You can exit if you want now and pay high fees, or wait until tomorrow (when markets are cool) and get back your full collateral.

I'd be curious what the hypothetical cause of this bank run would be. Most likely, whatever he says has already been addressed or invalid with the design.

It's actually more dangerous for the protocol to have a bank crawl vs a bank run.

**Jamie Shiller | WealthUnion**
Ok. Thanks for the feedback.

The current BTC vault is more than half used up. As less and less of the vault remains available does that gradually increase the fees on opening loans?



**Chad Barraford (No DMs)**
Yes, but it's not about how much of the cap is filled. More the amount of volume passing through loans relatively to two weeks of history