**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JAMIE SHILLER, BRIAN KORNRUMPF,
HALSEY RICHARTZ, AMNON MELZER, RYAN
TREAT, GEOFF FRINK, JEREMY GRAINGER,
RANDY CORAN, BRIAN DUBS, GUY ZILBER,
CURTIS HALE, DIRK WEILER-THELEMANN,
DARRELL SMITH, CHAD MIELKE, and ROBERT
CHRISTIANSEN,

        Plaintiffs,

      v.

CHAD BARRAFORD, JOHN-PAUL
THORBJORNSEN, and NINE REALMS, INC.,

        Defendants.

Case No. 1:25-CV-10287-MKV

**NOTICE OF NINE REALMS,
INC.'S MOTION TO DISMISS
THE SECOND AMENDED
COMPLAINT**

---

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that upon Nine Realms, Inc.'s Memorandum of Law in

Support of Its Motion to Dismiss the Second Amended Complaint, dated April 20, 2026, the

Declaration of Simon Morris in Support of Nine Realms, Inc.'s Motion to Dismiss the Second

Amended Complaint, dated April 20, 2026, and the exhibits attached thereto, Nine Realms,

Inc. will move this Court before the Honorable Mary Kay Vyskocil, United States District

Judge, at the United States District Court for the Southern District of New York, 500 Pearl St.,

Courtroom 18C, New York, NY 10007, at such date as the Court will determine, for an order

1

pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure granting its motion to dismiss with prejudice the claims asserted against Defendant Nine Realms, Inc. in the Second Amended Complaint, and for such other further relief this Court may deem just and proper.

Date:        April 20, 2026                    **GOODWIN PROCTER LLP**

By:     */s/ Meghan K. Spillane*
        Meghan K. Spillane
        Catherine A. Tremble
        The New York Times Building
        620 Eighth Avenue
        New York, New York 10018
        Telephone: (212) 813-8800
        mspillane@goodwinlaw.com
        ctremble@goodwinlaw.com

        *Attorneys for Nine Realms, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2026, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system on all counsel registered to receive electronic notices.

<u>/s/ *Meghan K. Spillane*</u>
Meghan K. Spillane