**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAMIE SHILLER, BRIAN KORNRUMPF, HALSEY RICHARTZ, AMNON MELZER, RYAN TREAT, GEOFF FRINK, JEREMY GRAINGER, RANDY CORAN, BRIAN DUBS, GUY ZILBER, CURTIS HALE, DIRK WEILER-THELEMANN, DARRELL SMITH, CHAD MIELKE, and ROBERT CHRISTIANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD BARRAFORD, JOHN-PAUL THORBJORNSEN, and NINE REALMS, INC.,<br><br>Defendants. | Case No. 1:25-CV-10287-MKV |

**[PROPOSED] ORDER GRANTING NINE REALMS, INC.'S**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Upon consideration of: (i) the Notice of Nine Realms, Inc.'s Motion to Dismiss the Second Amended Complaint, (ii) Nine Realms, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss the Second Amended Complaint, (iii) the Declaration of Simon Morris in Support of Nine Realms, Inc.'s Motion to Dismiss the Second Amended Complaint and the exhibits attached thereto, and (iv) all other pleadings and arguments submitted to this Court, and for good cause shown, **IT IS HEREBY ORDERED THAT** Nine Realms, Inc.'s Motion to Dismiss the Second Amended Complaint is **GRANTED** and all claims asserted against Defendant Nine Realms, Inc. in the Second Amended Complaint are dismissed with prejudice.

1

2

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. MARY KAY VYSKOCIL

UNITED STATES DISTRICT JUDGE

2