**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JAMIE SHILLER, BRIAN KORNRUMPF,
HALSEY RICHARTZ, AMNON MELZER, RYAN
TREAT, GEOFF FRINK, JEREMY GRAINGER,
RANDY CORAN, BRIAN DUBS, GUY ZILBER,
CURTIS HALE, DIRK WEILER-THELEMANN,
DARRELL SMITH, CHAD MIELKE, and ROBERT
CHRISTIANSEN,

                    Plaintiffs,

    v.

CHAD BARRAFORD, JOHN-PAUL
THORBJORNSEN, and NINE REALMS, INC.,

                    Defendants.

Case No. 1:25-CV-10287-MKV

---

**DECLARATION OF SIMON MORRIS**

I, Simon Morris, declare as follows:

1. I am the Chief Executive Officer of Nine Realms, Inc. ("Nine Realms") and have personal knowledge of the facts set forth herein and if called upon to testify, I would do so.

2. Nine Realms was incorporated in the state of Delaware on March 15, 2021. That information is publicly maintained and available through a website for the state of Delaware, and can be viewed at https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx. A true and correct copy of Nine Realms' Certificate of Incorporation is attached hereto as **Exhibit A.**

3. On January 24, 2025, following the node operators' vote to suspend withdrawals for the Savers and Lending programs, Nine Realms posted a chain of five consecutive messages

on X (formerly Twitter) via the X account that Nine Realms controls (handle: @ninerealms_cap). The full chain of five messages was posted as a single thread. The Second Amended Complaint ("SAC") quotes only the first message in that chain (SAC ¶164). A true and correct copy of all five messages in the January 24, 2025 X chain is attached hereto as **Exhibit B.** The X post is also available at the following link: https://x.com/ninerealms_cap/status/1882835175802839130.

4.      I understand that throughout the Plaintiffs' SAC, they make reference to the THORChain Discord channels, collectively "THORChain Devs." *See, e.g.*, SAC ¶¶59, 68, 89, 128, 137, 156, 167, 172, 178, 187. The channels on the THORChain Devs Discord provide a forum for members of the THORChain community to engage on matters important to the ecosystem.  They are publicly accessible by any person that requests an invite link on THORChain.org. The THORChain Devs Discord has around 7,900 members who, among other things, discuss the benefits and risks associated with proposed system upgrades before the Nodes engage in a vote.

5.      On June 17, 2021, Discord user "LuxRio," a member of the THORChain community, made the comment below in the "economic-design" channel of the THORChain Devs Discord regarding the proposed Savers feature of THORChain:

> I'm not sure if this is the correct channel to do this but I wanted to note the similarities of how Synths work to what just went on with Iron Finance and why I am concerned. Synths are created with Rune and redeemable for Rune. If Rune price goes down relative to the synth by 50% then double the Runes are given to the Synth holder upon withdrawal (not counting any interest). Initially this comes out off the fees earned by LPs in the respective pool but then it is backstopped by the treasury. However in a situation where Rune price declines and people redeem Synths this creates a recursive self reinforcing negative feedback loop. If people see losses in their LP positions this could be exacerbated by people pulling their liquidity and (if RUNE price has declined substantially) receiving LP protection in…RUNE. My point here is that I think there is already enough of a negative feedback loop built into the system that Synth limits should be extremely low. I propose limit of 1-5% compared to current proposal of 33%. Even that amount of synths should be sufficient for performing arbitrage. Consider that 5% synths turns into 15% synths quickly if RUNE price drops and some LPs withdraw whereas 33% would turn into 100% ratio

under same scenario which would quickly become destabilizing for RUNE.

To further illustrate my point imagine this very imaginable scenario. FUD comes out which causes RUNE price to drop 20% against BTC. 10% of BTC synth holders redeem back into BTC receiving more Runes then originally allocated which is first taken out of LP earned fees. This causes APY on BTC pool to crash down to 0. Seeing APY of 0 LPers withdraw. Synths begin to be a higher and higher ratio of pool. Scenario feeds into itself further depressing RUNE price worrying more people and LPs who pull liquidity still seeing 0 earnings as any fees are quickly cancelled out by synths being redeemed and cancelling out those fees. If RUNE price drops low enough IL is paid out in RUNE and at that point it's game over basically.

6.      That post is maintained and available through Discord, and can be viewed at

https://discord.com/channels/838986635756044328/839002361749438485/8551206530608005

2. A true and correct screenshot of the comment is attached hereto as **Exhibit C.**

7.      On November 1, 2022, user "Pluto," a Nine Realms employee, made the announcement below on the THORChain Devs on Discord, describing that after 2/3 majority of the Nodes is reached, the Admin Mimir will be used to enable Savers:

**Pluto** — **11/1/22, 3:11 PM**

**Enable Savings Vaults**

The time has come for nodes to vote on the adoption of Savings Vault. Nodes are asked to make a ceremonial vote demonstrating their desire to formally accept the feature. Please vote to signal support for the feature.

Once a 2/3rds majority has been reached, admin mimir will be used to enable vault yield accrual. This can be overridden by nodes at a later time, but devs prefer to be able to control it for now in case any bugs are found during the rollout.

From the node-launcher repo: E9C= EAEAJ
=> key: #,    *#1  4' , %⁄4  3*21
=> value: ▯

Docs: https://gitlab.com/thorchain/thornode/-/issues/1342
Explainer Video: https://www.youtube.com/watch?v=Up2-arSzH5k

Thanks for your support. @everyone

8.      That post is maintained and available through Discord, and can be viewed at

https://discord.com/channels/838986635756044328/839001804812451873/10370813804981780

99. A true and correct screenshot of the announcement is attached hereto as **Exhibit D.**

9.      On November 1, 2022, a vote was held to enable the Savers program, titled

"ENABLESAVINGSVAULTS." This vote confirmed that the Nodes approved the enabling of

the Savers program with at least a 67% consensus. That post is maintained and available through

Discord, and can be viewed at

https://discord.com/channels/838986635756044328/906262316457263144/10370820196723795

14. A true and correct screenshot of the vote is attached hereto as **Exhibit E.** The threshold vote

appears on page 3 of the Exhibit.

10.      On August 8 and 9, 2023, a vote was held to enable the Lending program titled

"VOTELENDING." This vote confirmed that the Nodes approved the enabling of the Lending

program with at least a 67% consensus. That post is maintained and available through Discord,

and can be viewed at

https://discord.com/channels/838986635756044328/906262316457263144/11389169009156629

99. A true and correct screenshot of the vote is attached hereto as **Exhibit F.** The threshold vote

appears on page 4 of the Exhibit.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this April 20 , 2026, in Berkeley CA .

_____
Simon Morris

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system on all counsel registered to receive electronic notices.

/s/ *Meghan K. Spillane*
Meghan K. Spillane