# EXHIBIT B

**Nine Realms** ✔ @ninerealms_cap · Jan 24, 2025

1/ THORChain is operating as normal. Following a vote by node operators, redemptions for THORFi Lending and Savers products have been temporarily paused. Core functionalities remain fully operational, including swaps, LP deposits, withdrawals, RUNE transfers, and all other features.

💬 18          ⟲ 61          ♡ 323          ᵢₗᵢ 26K          🔖 ⬆

**Nine Realms** ✔ @ninerealms_cap · Jan 24, 2025
Replying to @ninerealms_cap

2/ This temporary pause on THORFi redemptions was made out of an abundance of caution to protect the network and its participants. The decision ensures the protocol remains stable while the community aligns on a comprehensive plan for reducing liabilities.

💬 2          ⟲ 3          ♡ 52          ᵢₗᵢ 2.8K          🔖 ⬆

**Nine Realms** ✔ @ninerealms_cap · Jan 24, 2025
Replying to @ninerealms_cap

3/ The goal is to maintain the long-term health of THORChain while safeguarding users' assets. Discussions and proposals are actively underway, and we encourage the community to engage and contribute to the path forward.

💬 1          ⟲ 3          ♡ 53          ᵢₗᵢ 2.8K          🔖 ⬆

**Nine Realms** ✔ @ninerealms_cap · Jan 24, 2025
Replying to @ninerealms_cap

4/ Importantly, all other THORChain functions continue as usual, with swaps and liquidity operations unaffected. This demonstrates the protocol's resilience and ability to adapt while maintaining its core mission.

💬 2          ⟲ 5          ♡ 64          ᵢₗᵢ 20K          🔖 ⬆

**Nine Realms** ✔ @ninerealms_cap · Jan 24, 2025
Replying to @ninerealms_cap

5/ We will continue to provide updates as the community works toward consensus. Thank you for your patience, understanding, and commitment to a strong and sustainable future for THORChain.

💬 4          ⟲ 6          ♡ 74          ᵢₗᵢ 7.1K          🔖 ⬆

Link: https://x.com/ninerealms_cap/status/1882835175802839130