# EXHIBIT C





THORChain Devs

\# ⊙economic-design    ·    THORChain economic design discussion only

🌐 @Son of Odin https://gitlab.com/thorchain/thornode/-/issues/924 🖼

**LuxRio**  6/17/21, 9:24 AM
I'm not sure if this is the correct channel to do this but I wanted to note the similarities of how Synths work to what just went on with Iron Finance and why I am concerned. Synths are created with Rune and redeemable for Rune. If Rune price goes down relative to the synth by 50% then double the Runes are given to the Synth holder upon withdrawal (not counting any interest). Initially this comes out off the fees earned by LPs in the respective pool but then it is backstopped by the treasury. However in a situation where Rune price declines and people redeem Synths this creates a recursive self reinforcing negative feedback loop. If people see losses in their LP positions this could be exacerbated by people pulling their liquidity and (if RUNE price has declined substantially) receiving LP protection in…RUNE. My point here is that I think there is already enough of a negative feedback loop built into the system that Synth limits should be extremely low. I propose limit of 1-5% compared to current proposal of 33%. Even that amount of synths should be sufficient for performing arbitrage. Consider that 5% synths turns into 15% synths quickly if RUNE price drops and some LPs withdraw whereas 33% would turn into 100% ratio under same scenario which would quickly become destabilizing for RUNE.

👍 2  ☺

**LuxRio**  6/17/21, 9:42 AM
To further illustrate my point imagine this very imaginable scenario. FUD comes out which causes RUNE price to drop 20% against BTC. 10% of BTC synth holders redeem back into BTC receiving more Runes then originally allocated which is first taken out of LP earned fees. This causes APY on BTC pool to crash down to 0. Seeing APY of 0 LPers withdraw. Synths begin to be a higher and higher ratio of pool. Scenario feeds into itself further depressing RUNE price worrying more people and LPs who pull liquidity still seeing 0 earnings as any fees are quickly cancelled out by synths being redeemed and cancelling out those fees. If RUNE price drops low enough IL is paid out in RUNE and at that point it's game over basically.

Link:
https://discord.com/channels/838986635756044328/839002361749438485/855120653060800522