# EXHIBIT D



Link:
https://discord.com/channels/838986635756044328/839001804812451873/1037081380498178099