# EXHIBIT E













Link:
https://discord.com/channels/838986635756044328/906262316457263144/1037082019672379514