# EXHIBIT F















Link:
https://discord.com/channels/838986635756044328/906262316457263144/1138916900915662999