**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMIE SHILLER, BRIAN KORNRUMPF, HALSEY RICHARTZ, AMNON MELZER, RYAN TREAT, GEOFF FRINK, JEREMY GRAINGER, RANDY CORAN, BRIAN DUBS, GUY ZILBER, CURTIS HALE, DIRK WEILER-THELEMANN, DARRELL SMITH, CHAD MIELKE, and ROBERT CHRISTIANSEN,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD BARRAFORD, JOHN-PAUL THORBJORNSEN, and NINE REALMS, INC.,<br><br>Defendants. | C.A. NO. 1:25-CV-10287-MKV |

**DECLARATION OF BENJAMIN F. COOPER IN SUPPORT
OF PLAINTIFFS' MOTION FOR AUTHORIZATION TO SERVE
DEFENDANT JOHN-PAUL THORBJORNSEN BY ALTERNATIVE
MEANS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

I, Benjamin Cooper, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am counsel in the law firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"), and I am one of the attorneys representing Plaintiffs Jaimie Shiller, Brian Kornkrumpf, Halsey Richartz, Amnon Melzer, Ryan Treat, Geoff Frink, Jeremy Grainger, Randy Coran, Brian Dubs, Guy Zilber, Curtis Hale, Dirk Weiler-Thelemann, Darrell Smith, Chad Mielke, and Robert Christiansen (the "Plaintiffs").

2.      I submit this declaration (the "Declaration") in support of Plaintiffs' Motion for Authorization to Serve Defendant John-Paul Thorbjornsen by Alternative Means Pursuant to Federal Rules of Civil Procedure 4(f)(3) (the "Motion"). The facts set forth in this Declaration are

based upon my personal knowledge, discussions with other McDermott attorneys, Plaintiff Jamie Shiller, and process servers, and the Firm's records that were reviewed by me or other McDermott attorneys acting under my supervision and direction.

3.      On June 10, 2025, a McDermott attorney emailed a demand letter to Thorbjornsen's email address jpthor@protonmail.com. On June 21, 2025, Thorbjornsen responded twice on the same email chain from the same email address. Attached hereto as **Exhibit 1** is a true and correct copy of McDermott's June 10, 2025 email and Thorbjornsen's June 21, 2025 responses to that email.

4.      As part of Plaintiffs' efforts to serve Thorbjornsen, Shiller identified Thorbjornsen's property in Chirnside Park, Melbourne by searching through Thorbjornsen's aircraft ownership records, monitoring his flight activity, and identifying satellite imagery showing Thorbjornsen's helicopter parked at the property. Shiller also obtained confirmation from the property's realtor that it had been purchased in June 2025 and reviewed the property's registry records to determine that the registered proprietor was a company for which Thorbjornsen served as a director and secretary before subsequently removing himself. Shiller relayed this information to McDermott, who then engaged process servers to attempt service at this property.

5.      On January 7, January 8, and January 12, 2026, process server Natasha Burke attempted service at Thorbjornsen's property in Chirnside Park, Melbourne ("Chirnside Residence"). Attached hereto as **Exhibit 2** is a true and correct copy of the Affidavit of Attempted Service of Natasha Burke, dated January 20, 2026.

6.      On January 9, 2026, process server Grant Jonsson attempted service at two properties within Darwin, Australia believed to belong to defendant John-Paul Thorbjornsen ("Thorbjornsen"). Attached hereto as **Exhibit 3** is a true and correct copy of the Affidavit of

DM_US 602076096-2.126896.0011

Attempted Service of Grant Jonsson, dated January 27, 2026.[1]

7.    As part of its efforts to monitor Thorbjornsen and effect service, McDermott retained a consulting firm's surveillance team, which conducted extensive due diligence of Thorbjornsen and created a comprehensive overview of his information, including Thorbjornsen's residential addresses, directorships and shareholdings, aircraft ownership records, satellite images of his helicopter, and flight patterns throughout Australia. The surveillance team tracked and analyzed Thorbjornsen's flight patterns, attempting to predict his movements and look for opportunities to intercept Thorbjornsen while in transit and effect service. Using the information it had compiled, the surveillance team deployed process servers to monitor his movements and attempt service on January 25, January 26, January 28, and January 31, 2026. Notably, after Defendant Chad Barraford was served in the United States, the surveillance team observed that Thorbjornsen's usual movement patterns changed, and the team became reasonably certain that Thorbjornsen was aware of the pending action against him and may be intentionally avoiding service. Attached hereto as **Exhibit 4** is a true and correct copy of the surveillance team's Operational Reports summarizing the service attempts on the dates mentioned, the overview of Thorbjornsen's information analyzed by the surveillance team to monitor Thorbjornsen, and Thorbjornsen's aircraft registration records.

8.    On March 4, 2026 and March 10, 2026, I emailed a copy of the Summons and Amended Complaint in this proceeding to Thorbjornsen's email address jpthor@protonmail.com and inquired if he would accept electronic service. I did not receive any "bounce-back" email or notification that the email was not delivered. Attached hereto as **Exhibit 5** is a true and correct copy of my March 4, 2026 and March 10, 2026 email.

---

[1] The dates in **Exhibit 4** are presented in European format (day/month/year).

9.      In or around March 2026, McDermott's investigation identified Thorbjornsen's known and verified social media accounts through Thorbjornsen's own Linktree,[2] found at https://linktr.ee/jpthor. These verified accounts include his Telegram account (@jpthor), his Kik account (jpthor), his Facebook account (jpthor89), his Instagram account (@jpthor), his LinkedIn account (jpthor), his GitHub account (github.com/jpthor), his X (Twitter) account (@jpthor), and his Discord account (jpthor89). As of the filing of this Declaration, Thorbjornsen remains active on X; he has made numerous posts on his verified X account throughout 2026 and posts daily or multiple times a day.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Linktree is an online platform that allows users to compile and share links to multiple social media accounts on a single webpage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  May 8, 2026

/s/ *Benjamin Cooper*
Benjamin Cooper