# EXHIBIT 1

| From: | Yim, Josh |
|---|---|
| To: | jpthor |
| Cc: | Evans, Joseph; ThorFiRecoveryGroup |
| Subject: | RE: THORFi Recovery Group Demand Letter and Litigation Hold |
| Date: | Wednesday, July 23, 2025 8:23:36 PM |
| Attachments: | 2025.07.23 - MWE Letter to Thorbjornsen.pdf |

Hello,

Please find the attached correspondence. A copy is also being delivered via mail.

Best,
Josh

JOSH YIM
Associate
**McDermott Will & Emery LLP**  2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
**Tel** +1 310 277 4110    **Email** jyim@mwe.com
**Website** | **vCard** | **LinkedIn**

**From:** jpthor <jpthor@protonmail.com>
**Sent:** Saturday, June 21, 2025 1:31 AM
**To:** Yim, Josh <jyim@mwe.com>
**Subject:** Re: THORFi Recovery Group Demand Letter and Litigation Hold

> You don't often get email from jpthor@protonmail.com. Learn why this is important

**[ External Email ]**

One last thing please add the key dates in your letter

1) Date when your client was first made aware of the protocol and it's functions
2) Date when your client deposited into the protocol for such functions

Thanks

Sent from Proton Mail for iOS

On Sat, Jun 21, 2025 at 09:43, jpthor <jpthor@protonmail.com> wrote:

WITHOUT PREJUDICE

Can you re-send a letter from your firm to the member below

John-Paul Thorbjornsen
104 Cullen Bay Crescent Larrakeyah NT 0837

With concisely these details, with no other parties involved

1. Your client's case against the member
2. Your immediate settlement offer (what you demand from the member to close out the file with them prior to your client taking further action)
3. If no settlement what your client may be further seeking in damages if filing suit
4. The legal basis of such a suit, and any commentary on the likelihood of winning such a case
5. The timelines of (4) if pursued, as well as the jurisdiction filing in
6. Anything else relevant to the matter
7. Contact details of your firm if needed to contact

Cheers

JP


Sent with Proton Mail secure email.


On Tuesday, 10 June 2025 at 9:43 PM, Yim, Josh <jyim@mwe.com> wrote:


Hello,

Please find the attached correspondence on behalf of the THORFi Recovery Group.

Best,
Josh

JOSH YIM
Associate
McDermott Will & Emery LLP  2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
Tel +1 310 277 4110    Email jyim@mwe.com
Website | vCard | LinkedIn


************************************************************************************************************************
************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the

sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.



mwe.com

Joseph B. Evans
Partner
jbevans@mwe.com
+1 212 547 5767

July 23, 2025

**PRIVILEGED & CONFIDENTIAL/FRE 408 COMMUNICATION**

John-Paul Thorbjornsen
104 Cullen Bay Crescent
Larrakeyah NT 0837
Australia
jpthor@protonmail.com

Re:     THORFi Recovery Group Demand Letter

Dear Mr. Thorbjornsen:

We represent the THORFi Recovery Group ("our clients") in connection with losses totaling approximately $4.5 million sustained through the THORFi Savers and Lending programs, which were developed and promoted by you and your affiliates.  This letter serves as formal notice of our clients' claims against you, and presents an opportunity to resolve the matter prior to the initiation of litigation.

Our clients first became aware of THORChain and the THORFi Savers and Lending Programs as early as February 2023, after reviewing marketing content published by THORChain, conversations with key members of the team, and statements by THORChain's affiliates like ShapeShift.  Based on those representations, our clients deposited assets into THORFi shortly thereafter.

Our clients made deposits into THORChain's Savers and Lending programs based on numerous public representations made by you and your affiliates regarding the decentralized, non-custodial, and low-risk nature of the platform.  These representations included assurances that:

- Users retained full custody of their assets at all times;

- Loans issued via THORFi carried no risk of liquidation and could be repaid at the user's discretion;

- Participants in the Savers program would be insulated from volatility in the RUNE token;

- THORFi was governed in a decentralized manner.



One Vanderbilt Avenue  New York NY 10017-3852  Tel +1 212 547 5400  Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

JP Thorbjornsen
July 23, 2025
Page 2

These statements proved false. On or about January 9, 2025, you unilaterally froze both the Savers and Lending programs using the "Admin Mimir" function, without community vote or protocol governance, rendering our clients' assets inaccessible. After the Admin Mimir was overturned, the freeze was reinstated by node vote. To this day, those assets remain frozen. Our clients relied on your representations and would not have deposited assets into THORFi had the true nature of the protocol been known.

Our clients have viable claims for common law fraud, negligent misrepresentation, breach of implied contract, and conversion. The strength of these claims is bolstered by public and private misrepresentations made by you and THORChain concerning governance and user custody and the indefinite freeze of our clients' assets, which directly contradicts your claims.

To resolve all claims against you personally, our clients demand $3,225,959.71. In exchange, our clients are willing to execute a full release of claims against you personally and your affiliated entities, with no admission of liability required. This offer remains open until **August 1, 2025**. If this matter is not resolved within the proposed timeline, our clients are prepared to file suit in an appropriate United States Federal District Court, where personal jurisdiction is proper based on your conduct and the location of harm.

We encourage you to treat this matter with the seriousness it deserves. Please direct all further communications regarding this dispute to thorfirecoverygroup@mwe.com. If you are represented by counsel, kindly have your attorney contact us without delay.

We reserve all rights and waive none.

Sincerely,



Joseph B. Evans

McDermott
Will & Emery