# EXHIBIT 2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMIE SHILLER, BRIAN KORNRUMPF,
HALSEY RICHARTZ, AMNON MELZER, RYAN
TREAT, GEOFF FRINK, JEREMY GRAINGER,
RANDY CORAN, BRIAN DUBS, GUY ZILBER,
CURTIS HALE, DIRK WEILER-THELEMANN,
and DARREL SMITH

      Plaintiffs,

      v.

CHAD BARRAFORD, JOHN-PAUL
THORBJORNSEN, and THORCHAIN,

      Defendants.

C.A. NO. 1:25-cv-10287

**AFFIDAVIT OF ATTEMPTED SERVICE**

I, NATASHA BURKE a Process Server of 48 Dusseldorp Avenue PAKENHAM VIC 3810 in the State of Victoria, make oath and say:

1. **That** I attempted to serve true copies of the Complaint filed 12/12/2025, Summons in a Civil Action filed 12/12/25, along with the Declaration of James P. Brennan filed 12/11/25 in this matter on the abovenamed **John-Paul Thorbhornsen** at:-
   **390 Edward Road, Chirnside Park VIC 3116**

2. **That** I was unable to effect service because: -
   I attended the given address on **Wednesday, 7 January 2026 at 8:00 pm.**
   The property was enclosed by a tall, rendered brick fence with a locked black iron electric gate.
   The residence was located at the end of a long driveway.
   No vehicles were visible from the gate and no mail was observed.
   No response was obtained via the intercom.
   I re-attended the given address on **Thursday, 8 January 2026 at 7:21 pm.**
   I spoke with a female via the intercom, who advised that she lives alone at the address and does not know **John-Paul Thorbhornsen.**
   No vehicles were sighted and no mail was observed.
   I attempted to make enquiries with occupants at **No. 395**; however, no response was obtained. I then made enquiries with the closest neighbouring property to the right of the given address, where I was advised that a woman resides at the address and that they were not aware of **John-**

Warna Legal
6/249-253 Lonsdale Street,
Dandenong VIC 3175, Australia
Tel: +61 3 9792 9977
E-mail: info@warnalegal.com

1

**Paul Thorbhornsen.**
I reattended the given address of 390 Edward Road, Chirnside Park Vic 3116 on **Monday 12th January 2026 at 7:00 pm.** No cars were sighted at the address. No mail was sighted. I attempted to interview another neighbour of the address; however, no answer could be obtained.

3. **That** as a result of the above, I was unable to effect service.

*I acknowledge that this declaration is true and correct and I make it in the belief that a person making a false declaration is liable to the penalties of perjury.*

Affirmed at Dandenong

In the State of Victoria

This 20 January 2026



Deponent

Before Me ...............................................

Warna Legal
6/249-253 Lonsdale Street,
Dandenong VIC 3175, Australia
Tel: +61 3 9792 9977
E-mail: info@warnalegal.com

2