# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMIE SHILLER, BRIAN KORNRUMPF,
HALSEY RICHARTZ, AMNON MELZER, RYAN
TREAT, GEOFF FRINK, JEREMY GRAINGER,
RANDY CORAN, BRIAN DUBS, GUY ZILBER,
CURTIS HALE, DIRK WEILER-THELEMANN,

and DARRELL SMITH,

       Plaintiffs,

CHAD BARRAFORD, JOHN-PAUL
THORBJORNSEN, and THORCHAIN,

C.A. NO.. NO.10287cv _____

### AFFIDAVIT OF ATTEMPTED SERVICE

I Grant Jonsson of t/a Top End Bailiff & Collection Service PO Box 36696 Winnellie NT 0821 Did attend the following addresses below

9/01/2025 – 2:58 pm – Following receipt of your instructions I attended the given address 104 Cullen Bay Crecent, Larrakeyah NT 0820
The property being described as an upmarket two-story cement rendered dwelling in well maintained condition, manicured lawns and gardens with 5-foot custom steel and cement rendered fence with electric gate.
Sighted in the driveway was a white Toyota Kluger Reg: CF82YG and a white Toyota Hilux Ute Reg: CE74LB
I spoke with a male occupant who identified himself as Paul Renshaw who stated the defendant was not known and that he has rented the property for 11 months through Chin Property Group.

..........................................
**SUSANNE RUTH JONSSON**
**Commissioner for Oaths NT**
**3 Moray Street Karama NT 0812**
**Ph: 08 8927 0008**
**CO0563**

..........................................
Deponent

9/01/2025 – 3:08 pm – I attended 97 Cullen Bay Crecent Larrakeyah NT 0820
The property being described as a single-story cement rendered dwelling in well maintained condition, with manicured lawns and gardens.
No vehicles sighted.
I attempted to interview however the property appeared to be vacant.

I then placed a call to Seth Chin of the Chin Property Group on 0411 178 888 (Known to me personally)
Seth advised that he manages properties for the defendant and that the defendant is currently in Melbourne Victoria.
Seth also advised that 97 Cullen Bay Crecent Larrakeyah NT 0820 was recently sold by the defendant.
Seth stated he would pass on my details to the defendant requesting he contact me as a matter of urgency.
To date I have received no contact from the defendant.


Sworn at Karama
On this day 27th of January 2026
In the state of Northern Territory NT

Before me


**SUSANNE RUTH JONSSON**
**Commissioner for Oaths NT**
**3 Moray Street Karama NT 0812**
**Ph: 08 8927 0008**
**CO0563**

Deponent