# EXHIBIT 4

# Surveillance Operational Report

Date:        Sunday, January 25, 2026

Subject:      John -Paul Thorbjornsen

Address:      390 Edward Road, Chirnside Park, VIC 3116

| Time | Observations |
| --- | --- |

0700hrs    Surveillance operations were initiated in the vicinity of 390 Edward Road, Chirnside Park, Victoria.

The property comprises a substantial, well-maintained acreage equipped with a secured vehicular entrance, including a security gate and intercom system. At the time of attendance, the premises appeared secured in a lock-up condition with no observable activity.

A 2025 grey Mercedes-Benz Coupe bearing Victorian registration FLOWWY was present on site, along with an unidentified white utility vehicle for which registration details could not be obtained.

Observations were undertaken from a standoff position due to the rural environment, which offered minimal traffic flow and limited opportunities for discreet observation of the premises.









1000hrs    An approach towards the premises revealed no activity

1400hrs    A further approach revealed no change, and both previously mentioned vehicles were present.

1700hrs    With no activity or departures, surveillance ceased.

Date:          Monday, January 26, 2026

Subject:       John -Paul Thorbjornsen

Address:       390 Edward Road, Chirnside Park, VIC 3116

| Time | Observations |
|---|---|
| 0700hrs | Surveillance commenced in the vicinity of 390 Edward Road, Chirnside Park, VIC. Upon arrival, the premises was in a lock up state, with no visible activity. The previously observed vehicles were present. |
| 1100hrs | An approach towards the premises revealed no activity |
| 1245hrs | A 1990 white Hino Tanker with Victorian registration 1LU-5AR arrived at the location. The male driver, dressed in fluorescent workwear, used a key to enter through a secondary driveway gate and drove onto the premises. He parked near the main residence and then uncoiled an extended hose towards the back of the property. A Yarra Valley Water hydrant permit was visible on the vehicle. |





1300hrs    The individual manually secured the secondary driveway gate using a key and subsequently left the premises.

1700hrs    With no further activity or departures seen, surveillance ceased.

Date:          Wednesday, January 28, 2026

Subject:        John -Paul Thorbjornsen

Address:        390 Edward Road, Chirnside Park, VIC 3116

| Time | Observations |
|---|---|
| 0700hrs | Surveillance commenced in the vicinity of 390 Edward Road, Chirnside Park, VIC. Upon arrival, the premises was in a lock up state, with no visible activity. The previously observed vehicles were evident. |
| 1115hrs | Flight radar indicated activity from aircraft VH-BTC. Operative left the area and headed to Moorabbin Airport. |
| 1200hrs | Upon arrival, a designated observation post was established to maintain direct surveillance of the premises. Intelligence indicated that aircraft VH-BTC was currently airborne. Ongoing flight data and movement patterns were monitored consistently. |
| 1322hrs | Intelligence indicated that aircraft VH-BTC was detected and stationary in the Narbethong area. The operative departed the airport and attended the apparent vicinity of aircraft being 551 Maroondah Hwy, Narbethong, VIC. |
| 1508hrs | Upon arrival, the flight radar had identified the aircraft departing approximately 15 minutes prior to arrival of operative. The possible property where the helicopter had been parked was identified by signage displaying **"Narbethong Farm."** |





1514hrs    Flight radar indicated that aircraft VH-BTC had been identified landing at Melbourne Airport. Operative subsequently departed the area and proceeded to 390 Edward Road, Chirnside Park, VIC.

1636hrs    Upon arrival, a male tradesperson was observed on site performing electrical work at the entry gates. A white Volkswagen van with Victorian registration 1UH-3LD and Alex Volt signage was parked at the premises' entrance. The 2025 grey Mercedes Benz Coupe with Victorian registration FLOWWY was noted as absent.



1640hrs    The white Volkswagen van with Victorian registration 1UH-3LD left the location, accompanied by the male tradesperson mentioned earlier.

1800hrs    With no further activity or departures seen, surveillance ceased.

Date:          Saturday, January 31, 2026

Subject:        John -Paul Thorbjornsen

Address:       390 Edward Road, Chirnside Park, VIC 3116

| Time | Observations |
| --- | --- |

0700hrs    Surveillance commenced at Moorabbin Airport. Several helicopters were observed positioned between hangars 30–40; none matched the registration of the subject's aircraft. An observation post was established to provide direct oversight of the premises.







Ongoing flight data for aircraft VH-BTC was continuously monitored, with no activity detected throughout the observation period.

1430hrs    With no activity or departures, surveillance ceased.

Overview

- Full name: John-Paul Thorbjornsen (also known as 'JP Thor')
- Citizenship: Australian
- DOB: 31/01/1989
- Place of birth: Bathurst Island, Darwin, Northern Territory ('NT')
- Mobile number: +61 432 390 205
- Social media:
    - Instagram: @jpthor;
    - X: @ JPTHOR
    - LinkedIn: https://www.linkedin.com/in/jpthor/
    - YouTube: https://www.youtube.com/@jpthor
    - TikTok: @ jpthor89
    - GitHub: https://github.com/jpthor
    - Website: jpthor.com

- Occupation: Australian tech entrepreneur, former Royal Australian Air Force fighter pilot, and founder of the decentralized liquidity protocol THORChain

- Directorships & shareholdings: JP Thor has held roles (director and/or shareholder) in at least 13 Australian companies, of which five remain active, as follows:

    - The Accelerator Global Pty Ltd – Owns 390 Edward Road, Chirnside Park (VIC), identified as JP's Melbourne base.
    - ARRQ Pty Ltd – Registered owner of his Aston Martin Edition Airbus ACH130 helicopter (VH-BTC).
    - JP Thor Ventures Pty Ltd – Acts as trustee for the JP Thor Trust; holds multiple real estate assets in NT including Cullen Bay, Knuckey Lagoon, Middle Arm Road and Dorat Road parcels.
    - Cortina Ventures Pty Ltd – No identified Victorian property holdings.
    - 21e8 Capital Pty Ltd – No identified Victorian property holdings.

- Aircraft ownership (2): In addition to the Aston Martin Edition ACH130 helicopter (VH-BTC), he also reportedly owns an Airbus ACH125, purchased for his planned 2026 North/South Pole circumnavigation expedition.

- Suspected current bases:

    - Melbourne (most recent): 390 Edward Road, Chirnside Park, VIC — supported by corporate ownership, December 2025 satellite imagery showing VH-BTC on-site, and January 2026 flight activity.

- o Darwin (long-term primary base): 104 Cullen Bay Crescent, NT — supported by birthplace, long-term property ownership, corporate filings, and his stated intention to launch his 2026 expedition from Darwin.

Melbourne presence: Most recent activity

JP Thor appears to spend a significant amount of time in Melbourne, consistent with recent property and aviation activity. We identified the following address for him in Victoria:

- 390 Edward Road, Chirnside Park, VIC 3116 – A six-bedroom residence acquired in September 2025 through The Accelerator Global Pty Ltd, a company in which JP previously served as Director and Secretary before transferring those roles to an individual named Zhuosheng Huang.

- An 18 December 2025 satellite image (see Living Atlas) shows his helicopter parked at the property, indicating active use and suggesting that he maintained a residential presence there. This aligns with media reporting that JP spends substantial time in Melbourne despite being primarily NT-based (see Forbes).

- On 11 January 2026, his helicopter VH-BTC undertook a series of short intra-Melbourne flights between Moorabbin Airport ('MBW'), the Lilydale/Coldstream area ('QLL'), and Essendon Airport ('MEB'), reinforcing the assessment that he was operating from Melbourne during this period (see FlightRadar24).

- The latest confirmed landing was at Lilydale Airport (QLL) at 6:33 PM on 11 January 2026. Lilydale is a privately owned aerodrome located in Yering, Victoria, about 8 minutes from 390 Edward Road.

Darwin / Northern Territory Presence: Primary, long-term base

Despite increasing activity in Victoria, JP Thor remains primarily based in Darwin, Northern Territory ('NT'), where he was born. Corporate filings confirm his Darwin birthplace, and his official biography on jpthor.com states he was born and homeschooled in rural NT. His social media presence and extensive NT property holdings further support his continued connection to the region. A 2023 Forbes profile also notes that, while based in Darwin, he travels frequently to Melbourne. His Instagram includes collaborations with House of Darwin, a local social enterprise. He also appears to be preparing for a major around-the-world helicopter expedition scheduled to begin from Darwin in early 2026 (see Boulevard).

His NT properties, held through JP Thor Ventures Pty Ltd (as trustee for the JP Thor Trust), where he is sole director and owner, include:

- 104 Cullen Bay Crescent – Waterfront home purchased June 2021 for ~AUD 2.5M (USD 1.7M). Most likely his primary residence, given that it was his most recent address on corporate filings including those for his current company, JP Thor Ventures.

- 97 Cullen Bay Crescent – Close by waterfront home purchased March 2024 for ~AUD 1.5M (USD 990K). Currently listed for sale.

- 47 Secrett Road, Knuckey Lagoon – ~7-hectare rural parcel with dwelling; purchased Sept 2022 for ~AUD 2.75M (USD 1.8M). Co-owned with Nadia Rose and Vincent Matthew Thorbjornsen (likely family members).

- 175 Middle Arm Road, Weddell NT – 7-hectare land parcel, purchased June 2024. Appears vacant and underdeveloped. Zoned Future Development.

- 2500 Dorat Road, Robin Falls NT – 39-hectare rural block, undeveloped; purchased Dec 2021. He also appears to own four additional parcels on Dorat Road. These appear to correspond to vacant land. Property records do not provide unit numbers, and we have requested for clarification from InfoTrack.

We note that a caveat lodged by a Tara Geeta Reddy (who we believe is his ex-wife; see Forbes) on several of these properties expired Sept 2025. One document reviewed cites beneficial interest under Family Law due to marriage breakdown.


**Australian Government**
**Civil Aviation Safety Authority**

# Aircraft register

Registration

VH-BTC

Serial number or Registered operator

Aircraft manufacturer

Registered from

dd/mm/yyyy

to

dd/mm/yyyy

Aircraft model

Search     Clear all results

Filter results ^

Showing 1 - 1 of 1 results

## VH-BTC

Updated 3 December 2025

**Aircraft manufacturer**
AIRBUS HELICOPTERS

**Aircraft model**
EC 130 T2

**Registration holder:**
ARRQ PTY LTD
104 Cullen Bay Cres
LARRAKEYAH Northern Territory 0820
Australia

**Registered operator:**
ARRQ PTY LTD
104 Cullen Bay Cres
LARRAKEYAH Northern Territory 0820
Australia

**Show more details** +

Case 1:25-cv-10287-MKV    Document 58-4    Filed 05/08/26    Page 15 of 15

**Online version available at:** https://www.casa.gov.au//search-centre/aircraft-register