USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/26

McDermott Will & Schulte

Eli Berman
Partner
eberman@mcdermottlaw.com
+1 212 547 5854

September 10, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: ***Shiller, et al. v. Barraford, et al.*, No. 1:25-CV-10287-MKV (S.D.N.Y.)**

Dear Judge Vyskocil,

On behalf of Plaintiffs and Defendant Nine Realms, Inc. ("Nine Realms" and, collectively, the "Settling Parties"), we jointly request that the Court continue to stay any ruling on Nine Realms' Motion to Dismiss (*See* ECF No. 53) until no earlier than September 24, 2026.

On August 11, 2026, the Settling Parties jointly requested that the Court stay ruling on Nine Realms' Motion to Dismiss for thirty (30) days to allow the parties to finalize a settlement. That thirty-day period expires on September 10, 2026. Since that time, the Settling Parties have continued to negotiate in good faith and have made substantial progress toward a final agreement. The Settling Parties now believe they can finalize the settlement within fourteen (14) days, by September 24, 2026.

The requested continued stay will not prejudice any party. The settlement pertains solely to Nine Realms and does not resolve or otherwise affect Plaintiffs' claims against Defendants Chad Barraford and John-Paul Thorbjornsen, or Barraford's pending motion to dismiss. *See* ECF No. 51.

The Settling Parties are respectfully available to provide any additional information the Court may require.

Respectfully submitted,

*/s/ M. Elias Berman*
M. Elias Berman

**Granted. SO ORDERED.**

Date: 9/10/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge