McDermott Will & Schulte

Eli Berman
Partner
eberman@mcdermottlaw.com
+1 212 547 5854

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/1/2026

October 1, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: ***Shiller, et al. v. Barraford, et al.*, No. 1:25-CV-10287-MKV (S.D.N.Y.)**

Dear Judge Vyskocil

On behalf of Plaintiffs and Defendant Nine Realms, Inc. ("Nine Realms" and, collectively, the "Settling Parties"), we jointly request that the Court continue to stay any ruling on Nine Realms' Motion to Dismiss (*See* ECF No. 53) until no earlier than October 8, 2026.

On August 11, 2026, the Settling Parties jointly requested that the Court stay ruling on Nine Realms' Motion to Dismiss for thirty (30) days to allow the parties to finalize a settlement. On September 10, 2026, the Settling Parties jointly requested an extension of that stay until September 24, 2026, and thereafter requested a further extension until October 1, 2026, each of which the Court granted. The Settling Parties have worked diligently and in good faith throughout this period, and the settlement agreement is now finalized. The Settling Parties require one additional week solely to obtain all parties' signatures and have the agreement fully executed. Given the advanced stage of the settlement, the Settling Parties anticipate that this will be the final extension they request.

The Settling Parties are respectfully available to provide any additional information the Court may require.

Respectfully submitted

*/s/ M. Elias Berman*
M. Elias Berman

**Granted. SO ORDERED.**

Date: 10/1/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge