McGOVERN | WEEMS | WEST

**VIA ECF** November 3, 2026

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: *Shiller, et al. v. Barraford, et al., No. 1:25-cv-10287 (MKV)***

Dear Judge Vyskocil:

We have been engaged in a limited capacity by John-Paul Thorbjornsen, an Australian resident reportedly served in Australia under the Hague Convention on October 13, 2026. Mr. Thorbjornsen has not yet appeared in this action. He expressly reserves all defenses and objections based on lack of personal jurisdiction, none of which he waives.

We write solely to request a 45-day extension of Mr. Thorbjornsen's time to answer or otherwise respond, from November 3, 2026 to December 18, 2026.[1] This is Mr. Thorbjornsen's first request for an extension. No scheduling order is in place, and this extension will not affect any other scheduled dates or prejudice any party.

Additional time is needed to consult with Mr. Thorbjornsen and investigate complex, interrelated questions of international jurisdiction, including the potential cross-border consequences of procedural steps taken in this Court and the appropriate means of presenting a jurisdictional objection without inadvertently compromising rights in another jurisdiction. The requested extension is directed only to that process, not to the merits.

While expressly reserving all defenses and objections, including those based on lack of personal jurisdiction, we emailed Plaintiffs' counsel on November 3, 2026, to seek consent to the requested extension of time. Plaintiffs declined to consent. Plaintiffs' stated position is set forth in the email affixed to this letter.

For the avoidance of doubt, Mr. Thorbjornsen does not consent to the Court's exercise of personal jurisdiction. This request is made solely to allow time for consultation with Mr. Thorbjornsen and investigation of jurisdictional issues; it should not be understood as a general appearance, voluntary submission to jurisdiction, or waiver of any objection, defense, or right available to him.

[1] The existing deadline is stated solely for this scheduling request, without conceding the validity of service.

Respectfully submitted,

*/s/ William F. McGovern*

William F. McGovern
Leif T. Simonson
MCGOVERN WEEMS WEST LLP
Email: bill@mwwlawgroup.com
leif@mwwlawgroup.com

cc: Counsel of Record (via ECF)