USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE SHILLER, ET AL.,

Plaintiffs,

-against-

CHAD BARRAFORD, ET AL.,

Defendants.

1:25-cv-10287-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of John-Paul Thorbjornsen's letter request for an extension of time to answer Plaintiff's Second Amended Complaint, [ECF No. 73], as well as Plaintiff's letter motion for jurisdictional discovery and a coordinated Rule 12(b)(2) briefing schedule. [ECF No. 74]. The Court notes that no proof of service on Mr. Thorbjonsen has been filed, which Plaintiffs acknowledge. [ECF No. 74] at 1. Mr. Thorbjornsen requests a 45-day extension of time to answer the Second Amended Complaint from November 3, 2026 to December 18, 2026. [ECF No. 73]. Plaintiffs state they are willing to accept the requested extension "provided the Court also authorizes targeted jurisdictional discovery and establishes a coordinated briefing schedule for any Rule 12(b)(2) or other Rule 12 motion." [ECF No. 74].

The Court finds that Plaintiffs' requests are premature given (1) Plaintiffs have still not filed proof of service on Mr. Thorbjornsen on the docket and (2) Mr. Thorbjornsen has not filed a pre-motion letter indicating whether he intends to file for dismissal and challenge service. Plaintiffs' letter motion for discovery is therefore DENIED WITHOUT PREJUDICE. Plaintiffs may renew their request for discovery and a corresponding briefing schedule once they file proof of service and when Mr. Thorbjornsen files his answer or a pre-motion letter.

Furthermore, Mr. Thorbjornsen's requested 45-day extension is GRANTED *nunc pro tunc*. His answer to the Second Amended Complaint will be due on December 18, 2026.

The Clerk of Court is respectively requested to close ECF Nos. 73 and 74.

**SO ORDERED.**

**Date: November 24, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**